BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

------------------------------------------------------------- x
                                                              :
IN RE MUTUAL FUNDS                                            :
INVESTMENT LITIGATION                                         :   MDL No. 1586
                                                              :
                                                              :   05cv10923NG
------------------------------------------------------------- x

## DEFENDANTS' NOTICE OF TAG-ALONG ACTION

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Rules"), the undersigned counsel hereby notify the Clerk of the Panel of the following "tag-along action" as defined in Rule 1.1 pending in the District of Massachusetts: *Adam Press v. Putnam Investment Funds, et al.*, Case No. 05-CV-10923 (NG). A copy of the complaint is attached as Exhibit A.

Respectfully submitted,

_____
John D. Donovan, Jr. (BBO# 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-0624
Telephone: (617) 951-7000
Fax: (617) 951-7050

Thomas B. Smith
Ropes and Gray LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4600
Fax: (202) 508-4650

*Counsel to Putnam Investment Funds, Putnam Funds Trust, Putnam Tax-Free Income Trust, Putnam Asset Allocation Fund, Putnam Tax Smart Funds Trust, Putnam International Equity Fund, Putnam Investors Fund, Putnam Money Market Fund,*