UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADAM PRESS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT FUNDS, et al.,<br><br>Defendants. | Civil Action No. 05-CV-10923 (NG) |

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and defendants in this action, by their undersigned counsel, hereby stipulate and agree that all defendants shall have through and including June 10, 2005 to answer, move or otherwise respond to the Complaint in this matter. The parties respectfully request that the Court approve this Stipulation.

Respectfully Submitted,

/s/ John C. Martland
David Pastor (BBO# 391000)
John C. Martland (BBO# 322980)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Fax: (617) 742-9701

RABIN & PECKELL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722

/s/ John D. Donovan, Jr.
John D. Donovan, Jr. (BBO#130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-0624
Telephone: (617) 951-7000
Fax: (617) 951-7050

Thomas B. Smith
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4600
Fax: (202) 508-4650

9726899_1

| | |
|---|---|
| GLANCY BINKOW<br>  & GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br><br>Counsel for ADAM PRESS | Counsel for PUTNAM INVESTMENT FUNDS, PUTNAM FUNDS TRUST, PUTNAM TAX-FREE INCOME TRUST, PUTNAM ASSET ALLOCATION FUND, PUTNAM TAX SMART FUNDS TRUST, PUTNAM INTERNATIONAL EQUITY FUND, PUTNAM INVESTORS FUND, PUTNAM MONEY MARKET FUND, PUTNAM MUNICIPAL INCOME FUND, PUTNAM NEW OPPORTUNITIES FUND, PUTNAM OTC & EMERGING GROWTH FUND, PUTNAM PREFERRED INCOME FUND, PUTNAM STRATEGIC INCOME FUND, PUTNAM TAX EXEMPT INCOME FUND, PUTNAM TAX EXEMPT MONEY MARKET FUND, PUTNAM U.S. GOVERNMENT INCOME TRUST, PUTNAM UTILITIES GROWTH AND INCOME FUND, PUTNAM VISTA FUND, PUTNAM VOYAGER FUND, PUTNAM AMERICAN GOVERNMENT INCOME FUND, PUTNAM ASIA PACIFIC GROWTH FUND, PUTNAM BALANCED RETIREMENT FUND, PUTNAM CAPITAL APPRECIATION FUND, PUTNAM CLASSIC EQUITY FUND, PUTNAM CONVERTIBLE INCOME-GROWTH TRUST, PUTNAM DISCOVERY GROWTH FUND, PUTNAM DIVERSIFIED INCOME TRUST, PUTNAM EQUITY INCOME FUND, PUTNAM EUROPE EQUITY FUND, PUTNAM GLOBAL EQUITY FUND, PUTNAM GLOBAL INCOME TRUST, PUTNAM GLOBAL NATURAL RESOURCES FUND, PUTNAM HEALTH SCIENCES TRUST, PUTNAM HIGH YIELD ADVANTAGE FUND, PUTNAM HIGH YIELD TRUST, PUTNAM INCOME FUND, PUTNAM INTERMEDIATE U.S. GOVERNMENT INCOME FUND, THE GEORGE PUTNAM FUND OF BOSTON, THE PUTNAM FUND FOR GROWTH AND INCOME, PUTNAM ARIZONA TAX EXEMPT INCOME FUND, PUTNAM CALIFORNIA TAX EXEMPT INCOME FUND, PUTNAM FLORIDA TAX EXEMPT INCOME FUND, PUTNAM MASSACHUSETTS TAX EXEMPT INCOME FUND II, PUTNAM MICHIGAN TAX EXEMPT INCOME FUND, PUTNAM MINNESOTA TAX EXEMPT |

                     INCOME FUND II, PUTNAM NEW JERSEY TAX EXEMPT INCOME FUND, PUTNAM NEW YORK TAX EXEMPT INCOME TRUST, PUTNAM OHIO TAX EXEMPT INCOME FUND II, PUTNAM PENNSYLVANIA TAX EXEMPT INCOME FUND, PUTNAM CALIFORNIA TAX EXEMPT MONEY MARKET FUND, and PUTNAM NEW YORK TAX EXEMPT MONEY MARKET FUND,

Dated: May 16, 2005

SO ORDERED:

Dated: _____      _____
                                                                  Nancy Gertner
                                                                  United States District Judge

-4-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 16th day of May, 2005 by first class mail, upon the following counsel of record:

David Pastor
John C. Martland
Gilman and Pastor LLP
60 State Street
37th Floor
Boston, MA 02109

Rabin & Peckel LLP
275 Madison Ave.
Suite 420
New York, NY 10016

Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

                                                _/s/ John D. Donovan, Jr._____
                                                John D. Donovan, Jr.