**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

# SUCV2005-01295
## Press v Putnam Investment Funds et al

| **File Date** | 04/04/2005 | **Status** | Disposed: transfered to other court (dtrans) |
|---|---|---|---|
| **Status Date** | 05/05/2005 | **Session** | F - Civil F, 3 Pemberton Square, Boston |
| **Origin** | 1 | **Case Type** | A99 - Misc contract |
| **Lead Case** | | **Track** | F |

| **Service** | 07/03/2005 | **Answer** | 09/01/2005 | **Rule12/19/20** | 09/01/2005 |
|---|---|---|---|---|---|
| **Rule 15** | 09/01/2005 | **Discovery** | 01/29/2006 | **Rule 56** | 02/28/2006 |
| **Final PTC** | 03/30/2006 | **Disposition** | 05/29/2006 | **Jury Trial** | Yes |

**PARTIES**

**Plaintiff**
Adam Press
Active 04/04/2005

Private Counsel 322980
John C Martland
Martland & Brooks
999 Broadway
Saugus, MA 01906
Phone: 781-231-7811
Fax: 781-231-7840
Active 05/05/2005

**Defendant**
Putnam Investment Funds
Service pending 04/04/2005

Private Counsel 130950
John D Donovan Jr
Ropes & Gray
1 International Place
Boston, MA 02110-2624
Phone: 617-951-7000
Fax: 617-951-7050
Active 05/05/2005 Notify

**Defendant**
Putnam Tax Smart Funds Trust
Service pending 04/04/2005

*** See Attorney Information Above ***

**Defendant**
Putnam Funds Trust
Service pending 04/04/2005

*** See Attorney Information Above ***

MAS-20030912

murphyc

Case 1:05-cv-10923-NG Document 4 Filed 05/23/2005 Page 2 of 20

**Commonwealth of Massachusetts**

**SUFFOLK SUPERIOR COURT**

**Case Summary**

**Civil Docket**

05/20/2005

02:08 PM

## SUCV2005-01295
### Press v Putnam Investment Funds et al

| | |
|---|---|
| **Defendant**<br>Putnam Tax Free Income Trust<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Asset Allocation Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Int'l Equity Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Money Market Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Municipal Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam New Opportunities Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |

MAS-20030912
murphyc
Case 1:05-cv-10923-NG    Document 4    Filed 05/23/2005    Page 3 of 20
**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket
05/20/2005
02:08 PM

## SUCV2005-01295
## Press v Putnam Investment Funds et al

| | |
|---|---|
| **Defendant**<br>Putnam OTC & Emerging Hrowth Dund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Preferred Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Pytnam Strategis Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam US Government Incme Trust<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Utilities Growth & Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Vista Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## SUCV2005-01295
### Press v Putnam Investment Funds et al

| | |
|---|---|
| **Defendant**<br>Putnam Voyager Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam American Government Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Asis Pacific Growth Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Balanced Retirement Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Classic Equity Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Classic Equity Fund<br>Service pending 04/04/2005 | |

MAS-20030912

murphyc

Case 1:05-cv-10923-NG   Document 4   Filed 05/23/2005   Page 5 of 20

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

05/20/2005
02:08 PM

# SUCV2005-01295
## Press v Putnam Investment Funds et al

| | |
|---|---|
| **Defendant**<br>Putnam Convertible Income Growth Trust<br>Service pending 04/04/2005 | **Private Counsel 130950**<br>John D Donovan Jr<br>Ropes & Gray<br>1 International Place<br>Boston, MA 02110-2624<br>Phone: 617-951-7000<br>Fax: 617-951-7050<br>Active 05/05/2005 Notify |
| **Defendant**<br>Putnam Discovery Growth Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Diversified Income Trust<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Equity Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Europe Equity Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Global Equity Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |

MAS-20030912
murphyc

Case 1:05-cv-10923-NG    Document 4    Filed 05/23/2005    Page 6 of 20
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

05/20/2005
02:08 PM

### SUCV2005-01295
### Press v Putnam Investment Funds et al

| | |
|---|---|
| **Defendant**<br>Putnam Global Income Trust<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Global Natural Resources Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>putnam Health Sciences Trust<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam High Yield Advantage Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam High Yield Trust<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |

MAS-20030912

murphyc

Case 1:05-cv-10923-NG    Document 4    Filed 05/23/2005    Page 7 of 20

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

05/20/2005
02:08 PM

## SUCV2005-01295
## Press v Putnam Investment Funds et al

| | |
|---|---|
| **Defendant**<br>Putnam Intermediate US Government Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>George Putnam Fund of Boston<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Fund for Growth & Income<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Arizone Tax Exempt<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam California Tax Exempt Incme Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Florida Tax Exempt Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |

MAS-20030912

murphyc

Case 1:05-cv-10923-NG    Document 4    Filed 05/23/2005    Page 8 of 20

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

05/20/2005
02:08 PM

## SUCV2005-01295
## Press v Putnam Investment Funds et al

| | |
|---|---|
| **Defendant**<br>Putnam Mass Yax Exempt Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Michigan Tax Exempt Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Minnesota Tax Exempt Income Fund II<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam New Jersey Tax Exempt Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam New York Tax Exempt Income Trust<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Ohio Tax Exempt Income Fund II<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |

MAS-20030912
murphyc

Case 1:05-cv-10923-NG     Document 4     Filed 05/23/2005     Page 9 of 20

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

05/20/2005
02:08 PM

# SUCV2005-01295
## Press v Putnam Investment Funds et al

| | |
|---|---|
| **Defendant**<br>Putnam Pennsylvania Tax Exempt Income Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam Californiai Tax Exempt Money Market Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| **Defendant**<br>Putnam New York Tax Exempt Money Market Fund<br>Service pending 04/04/2005 | *** See Attorney Information Above *** |
| | *** See Attorney Information Above *** |

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 04/04/2005 | 1.0 | Complaint |
| 04/04/2005 | | Origin 1, Type A99, Track F. |
| 04/04/2005 | 2.0 | Civil action cover sheet filed |
| 05/05/2005 | | Certified copy of petition for removal to U. S. Dist. Court of All |
| | | the Defts. U. S. Dist.#(05-CV-10923NG). |
| 05/05/2005 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

Case 1:05-cv-10923-NG    Document 4    Filed 05/23/2005    Page 10 of 20

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No.____05-1295F____

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Equity Income Fund, One Post Office Square, Boston MA 02109

You are hereby summoned and required to serve upon_____John C. Martland_____

_Gilman and Pastor, LLP___ 999 Broadway, S.500, Saugus, MA 01906
plaintiff's attorney, whose address is_____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S **Barbara J. Rouse** , Esquire, at Boston, the_____4th_____ day of
____April____ , in the year of our Lord two thousand _five_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
    (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.

_____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Global Income Trust, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon John C. Martland Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA 01906 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** , Esquire, at Boston, the _____ 4th _____ day of _____ April _____ , in the year of our Lord two thousand _____ five _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. __05-1295F__

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Global Equity Fund, One Post Office Square, Boston MA 02109

You are hereby summoned and required to serve upon_____ __John C. Martland__

____Gilman and Pastor, LLP_____ ___999 Broadway, S. 500, Saugus, MA 01906_____
plaintiff's attorney, whose address is_____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. House _____, Esquire, at Boston, the_____ __4th_____ day of
_____April_____ , in the year of our Lord two thousand __five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.

1  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2.  When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
each should be addressed to the particular defendant.

3.  TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED.
      (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No._____ 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. ____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Europe Equity Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon___John C. Martland___
Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus,MA 01906, an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** , Esquire, at Boston, the_____4th_____ day of
_____April_____ , in the year of our Lord two thousand _five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.
_____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Diversified Income Trust, One Post Office Square Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland _____ Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** Esquire, at Boston, the_____ 4th _____ day of ____April____ , in the year of our Lord two thousand _five_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS
_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.
_____ , Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam New
York Tax Exempt Money Market Fund, One Post Office
To the above-named Defendant Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland _____
__Gilman and Pastor, LLP_____
plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 ., an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Su **Barbara J. Rouse** Esquire, at Boston, the_____ 4th _____ day of
____April_____ , in the year of our Lord two thousand _five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Massachusetts Tax Exempt Income Fund II, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland
Gilman and Pastor, LLP
plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA 01906 , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S Barbara J. Rouse , Esquire, at Boston, the_____ 4th _____ day of
_____ April _____ , in the year of our Lord two thousand _____ five _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.
_____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Michigan Tax Exempt Income Fund, One Post Office Square, Boston, MA 02108

You are hereby summoned and required to serve upon John C. Martland

Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S Barbara J. Rouse , Esquire, at Boston, the _____4th_____ day of

_____April_____ , in the year of our Lord two thousand _five_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS
_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Florida Tax Exempt Income Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon ___John C. Martland___
Gilman and Pastor, LLP
plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Su**Barbara J. Rouse** Esquire, at Boston, the _____ 4th _____ day of
_____April_____ , in the year of our Lord two thousand _five_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.
_____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Balanced Retirement Fund, One Post Office Square, Boston, MA  02109

You are hereby summoned and required to serve upon__John C. Martland__ Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA  01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Houbbb _____ , Esquire, at Boston, the __4th__ _____ day of __April__ _____ , in the year of our Lord two thousand __five__ _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint but if you claim to have a defense either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. ___ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Capital Appreciation Fund, One Post Office Square, Boston, MA  02109

You are hereby summoned and required to serve upon John C. Martland Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA  01906 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S~~~~~~ Barbara J. Rouse Esquire, at Boston, the 4th day of April , in the year of our Lord two thousand five .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED.

(1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS
_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.
_____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Classic Equity Fund, One Post Office Square, Boston, MA   02109

You are hereby summoned and required to serve upon John C. Martland Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA 01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the 4th day of April, in the year of our Lord two thousand five .

*Michael Joseph Donovan*

Clerk/Magistrate

**NOTES**

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

    (1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts



SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Convertible Income-Growth Trust, One Post Office Square, Boston, MA 02109 John C. Martland

You are hereby summoned and required to serve upon Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA 01906 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse Esquire, at Boston, the 4th day of April , in the year of our Lord two thousand five .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED.

(1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER.

FORM CIV.P. 1 3rd Rev.

<div style="writing-mode:vertical-lr">NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.</div>

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.
_____ , Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam Discovery
Growth Fund, One Post Office Square, Boston, MA 02109

To the above-named Defendant:

You are hereby summoned and required to serve upon___John C. Martland____
Gilman and Pastor, LLP_____
plaintiff's attorney, whose address is___999 Broadway, S.500, Saugus, MA 01906___ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the_____ 4th _____ day of
___April_____ , in the year of our Lord two thousand _five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED.

(1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER.

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 5-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant:
Person Designated to Accept Service, Putnam
High Yield Trust, One Post Office Square,
Boston, MA 02109

You are hereby summoned and required to serve upon___John C. Martland_____
_Gilman and Pastor, LLP_
plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S~~uzanne V. DelVecchio~~, **Barbara J. Rouse**, Esquire, at Boston, the_____4th_____ day of
____April_____ , in the year of our Lord two thousand _five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office

NOTICE TO DEFENDANT —

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam
Intermediate U.S. Government Income Fund, One Post
To the above-named Defendant: Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland
Gilman and Pastor, LLP
999 Broadway, S.500, Saugus, MA 01906
plaintiff's attorney, whose address is_____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the____ 4th ____ day of
_____ April _____, in the year of our Lord two thousand __ five __.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you, or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. __05-1295F__

ADAM PRESS
_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam
Income Fund, One Post Office Square, Boston, MA
To the above-named Defendant: 02109

You are hereby summoned and required to serve upon___John C. Martland____
__Gilman and Pastor, LLP_____
plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906
_____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S**Barbara J. Rouse** Esquire, at Boston, the_____4th_____ day of
__April_____, in the year of our Lord two thousand _five_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, The George Putnam Fund of Boston, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon John C. Martland
Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the _____ 4th _____ day of ___ April ___, in the year of our Lord two thousand five .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. ____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, The Putnam Fund for Growth and Income, One Post Office Square Boston, MA 02109

You are hereby summoned and required to serve upon John C. Martland Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. House**, Esquire, at Boston, the _____ 4th _____ day of April _____, in the year of our Lord two thousand _____ five _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. , Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam
California Tax Exempt Income Fund, One Post Office
To the above-named Defendant Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland
Gilman and Pastor, LLP
plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** , Esquire, at Boston, the_____ 4th _____ day of
April _____ , in the year of our Lord two thousand _five_ _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. __05-1295F__

ADAM PRESS
_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. ____ , Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam
Arizona Tax Exempt Income Fund, One Post Office
To the above-named Defendant: Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland
Gilman and Pastor, LLP
999 Broadway, S.500, Saugus, MA 01906
plaintiff's attorney, whose address is_____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S **Barbara J. Rouse** Esquire, at Boston, the_____ 4th _____ day of
April_____ , in the year of our Lord two thousand five _____ .

Michael Joseph Donovan

Clerk/Magistrate

NOTES

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
each should be addressed to the particular defendant.

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated To Accept Service, Putnam New Jersey Tax Exempt Income Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S**Barbara J. Rouse** Esquire, at Boston, the_____ 4th _____ day of April _____, in the year of our Lord two thousand five .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No.____05-1295F____

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al._____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Global Natural Resources Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland
Gilman and Pastor, LLP
999 Broadway, S.500, Saugus, MA 01906
plaintiff's attorney, whose address is_____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** b, Esquire, at Boston, the_____ 4th _____ day of
_____April_____ , in the year of our Lord two thousand __five__ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

    (1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.
_____ , Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam
To the above-named Defendant New York Tax Exempt Income Trust, One Post Office
Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland
Gilman and Pastor, LLP
plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Su **Barbara J. Rouse** Esquire, at Boston, the_____ 4th _____ day of
April _____ , in the year of our Lord two thousand ___ five _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. __05-1295F__

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. ____ , Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam Ohio
Tax Exempt Income Fund II, One Post Office Square
To the above-named Defendant Boston, MA 02109

You are hereby summoned and required to serve upon___John C. Martland_____
Gilman and Pastor, LLP
_____999 Broadway, S.500, Saugus, MA 01906_____
plaintiff's attorney, whose address is_____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** , Esquire, at Boston, the_____4th_____ day of
__April_____ , in the year of our Lord two thousand __five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

**NOTES**

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant
Person Designated to Accept Service, Putnam
Pennsylvania Tax Exempt Income Fund, One Post
Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon ____ John C. Martland
Gilman and Pastor, LLP
plaintiff's attorney, whose address is ____ 999 Broadway, S. 500, Saugus, MA 01906 ____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S**Barbara J. Rouse**, Esquire, at Boston, the ____ 4th ____ day of
____ April ____ , in the year of our Lord two thousand ____ five ____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. __05-1295F__

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. ____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam California Tax Exempt Money Market Fund, One Post Office Square Boston, MA 02109

You are hereby summoned and required to serve upon __John C. Martland__
__Gilman and Pastor, LLP__

plaintiff's attorney, whose address is __999 Broadway, S.500, Saugus, MA 01906__ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** o, Esquire, at Boston, the ____4th____ day of
__April__ , in the year of our Lord two thousand __five__ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES:

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Voyager Fund, One Post Office Square, Boston, MA  02109

You are hereby summoned and required to serve upon John C. Martland
Gilman and Pastor, LLP
plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA 01906, an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. House

Witness, Suzanne V. DelVecchio Esquire, at Boston, the ____ 4th ____ day of
April _____ , in the year of our Lord two thousand _five_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Asia Pacific Growth Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland

Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA 01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse ████████████, Esquire, at Boston, the____ 4th _____ day of April _____, in the year of our Lord two thousand _five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam
Investment Funds, One Post Office Square,
Boston, MA 02109

You are hereby summoned and required to serve upon John C. Martland
Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** , Esquire, at Boston, the_____4th_____ day of
_____April_____ , in the year of our Lord two thousand __five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2.  When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
each should be addressed to the particular defendant.

3  TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.

_____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Tax Exempt Income Fund, One Post Office Square, Boston, MA  02109

You are hereby summoned and required to serve upon_____John C. Martland_____ Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA  01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the __4th__ day of April_____, in the year of our Lord two thousand ____five____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint. but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS
_____, Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____, Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Utilities Growth and Income Fund, One Post Office Square, Boston, MA   02109   John C. Martland

You are hereby summoned and required to serve upon ____ John C. Martland Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA   01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the ____ 4th ____ day of April ____, in the year of our Lord two thousand _five_.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

    (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Preferred Income Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon John C. Martland

Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** ___, Esquire, at Boston, the ___ 4th ___ day of ___ April ___ , in the year of our Lord two thousand ___ five ___ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Strategic Income Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon___John C. Martland___ Gilman and Pastor, LLP

plaintiff's attorney, whose address is___999 Broadway, S.500, Saugus, MA 01906___ , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** ___, Esquire, at Boston, the_____ 4th _____ day of ___April___ , in the year of our Lord two thousand ___five___ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

*(left margin, rotated text)* NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.

_____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Tax Exempt Money Market Fund, One Post Office Square Boston, MA  02109

You are hereby summoned and required to serve upon____John C. Martland_____
Gilman and Pastor, LLP_____

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA 01906 answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S**Barbara J. Rouse**, Esquire, at Boston, the ____4th_____ day of
April_____ , in the year of our Lord two thousand __five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

* TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Money Market Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon John C. Martland Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Su Barbara J. Rouse Esquire, at Boston, the 4th day of April , in the year of our Lord two thousand five .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam New Opportunities Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon___John C. Martland_____
Gilman and Pastor, LLP

plaintiff's attorney, whose address is___999 Broadway, S. 500, Saugus, MA 01906___ , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Su **Barbara J. Rouse** Esquire, at Boston, the_____4th_____ day of
___April___ , in the year of our Lord two thousand _five_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____, Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.

_____, Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam
Investors Fund, One Post Office Square, Boston,
To the above-named Defendant: MA 02109

You are hereby summoned and required to serve upon____John C. Martland___
Gilman and Pastor, LLP
plaintiff's attorney, whose address is___999 Broadway, S.500, Saugus, MA 01906___, an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S**Barbara J. Rouse**, Esquire, at Boston, the____4th____ day of
____April____, in the year of our Lord two thousand _five_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
   each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam International Equity Fund, One Post Square, Boston, MA 02109

You are hereby summoned and required to serve upon____ John C. Martland
Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** Esquire, at Boston, the____ 4th _____ day of ____ April _____ , in the year of our Lord two thousand __ five _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

# Commonwealth of Massachusetts

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Tax Smart Funds, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland _____

Gilman and Pastor, LLP _____

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Su Barbara J. Rouse Esquire, at Boston, the_____ 4th _____ day of _____ April _____ , in the year of our Lord two thousand _____ five _____ .

Michael Joseph Donovan

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED.
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

, Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.

, Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Asset Allocation Fund, One Post Square, Boston, MA 02109

You are hereby summoned and required to serve upon John C. Martland
Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S Barbara J. Rouse , Esquire, at Boston, the 4th day of April , in the year of our Lord two thousand five .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

* TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT  (2) MOTOR VEHICLE TORT  (3) CONTRACT  (4) EQUITABLE RELIEF  (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Tax-Free Income Trust, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____John C. Martland_____
Gilman and Pastor, LLP
plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** , Esquire, at Boston, the_____4th_____ day of
_____April_____ , in the year of our Lord two thousand _____Five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS
_____, Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____, Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Funds Trust, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon____John C. Martland
Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** , Esquire, at Boston, the____4th____ day of ____April____, in the year of our Lord two thousand ____five____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

# Commonwealth of Massachusetts

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. _____05-1295F_____

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Municipal Income Fund, One Post Office Square Boston, MA 02109

You are hereby summoned and required to serve upon_____John C. Martland_____
Gilman and Pastor, LLP
999 Broadway, S.500, Saugus, MA 01906
plaintiff's attorney, whose address is_____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** Esquire, at Boston, the_____4th_____ day of
April_____, in the year of our Lord two thousand _five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS, Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al., Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam U.S. Government Income Trust, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon John C. Martland Gilman and Pastor, LLP plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA 01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse [redacted], Esquire, at Boston, the 4th day of April, in the year of our Lord two thousand five.

Michael Joseph Donovan
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT (2) MOTOR VEHICLE TORT (3) CONTRACT (4) EQUITABLE RELIEF (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

Person Designated to Accept Service, Putnam
Minnesota Tax Exempt Income Fund II, One Post
To the above-named Defendant Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland
Gilman and Pastor, LLP

999 Broadway, S.500, Saugus, MA 01906
plaintiff's attorney, whose address is_____ , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse** ~~Esquire~~, Esquire, at Boston, the_____ 4th _____ day of
_____ April _____ , in the year of our Lord two thousand _five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Vista Fund, One Post Office Square, Boston, MA   02109

You are hereby summoned and required to serve upon John C. Martland Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA 01906 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S Barbara J. Rouse , Esquire, at Boston, the 4th _____ day of April _____ , in the year of our Lord two thousand   five _____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. _____ 05-1295F

ADAM PRESS

_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam High Yield Advantage Fund, One Post Office Square, Boston MA 02109

You are hereby summoned and required to serve upon _____ John C. Martland

Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, S **Barbara J. Rouse** ▮▮▮▮, Esquire, at Boston, the _____ 4th _____ day of _____ April _____ , in the year of our Lord two thousand _ five _.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

# Commonwealth of Massachusetts

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a
defense either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the
original in the Clerk's Office

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS

_____, Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam
American Government Income Fund, One Post Office
Square, Boston, MA  02109

You are hereby summoned and required to serve upon_____ John C. Martland _____
Gilman and Pastor, LLP
plaintiff's attorney, whose address is 999 Broadway, S. 500, Saugus, MA  01906 , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse , Esquire, at Boston, the __4th_____ day of
April _____, in the year of our Lord two thousand ___five_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts



SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS
_____ , Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al.
_____ , Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam Health Sciences Trust, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon John C. Martland Gilman and Pastor, LLP

plaintiff's attorney, whose address is 999 Broadway, S.500, Saugus, MA 01906 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, the _____ 4th _____ day of _____ April _____, in the year of our Lord two thousand _five_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1295F

ADAM PRESS _____, Plaintiff(s)

v.

PUTNAM INVESTMENT FUNDS, et al. _____, Defendant(s)

## SUMMONS

To the above-named Defendant: Person Designated to Accept Service, Putnam OTC & Emerging Growth Fund, One Post Office Square, Boston, MA 02109

You are hereby summoned and required to serve upon_____ John C. Martland

Gilman and Pastor, LLP

plaintiff's attorney, whose address is ____999 Broadway, S.500, Saugus, MA 01906____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Su **Barbara J. Rouse** Esquire, at Boston, the_____ 4th _____ day of

_____ April _____, in the year of our Lord two thousand ___ five ___.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT    (2) MOTOR VEHICLE TORT    (3) CONTRACT    (4) EQUITABLE RELIEF    (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

**COMMONWEALTH OF MASSACHUSETTS**

*1*

SUFFOLK, ss.                               SUPERIOR COURT DEPARTMENT
                                           OF THE TRIAL COURT

-----------------------------------------------------------------------X
ADAM PRESS,                                        Case No.   05-1295 F

                 Plaintiff,                    :

          - against -                          :

PUTNAM INVESTMENT FUNDS, PUTNAM                :        **CLASS ACTION**
FUNDS TRUST, PUTNAM TAX-FREE INCOME            :         **COMPLAINT**
TRUST, PUTNAM ASSET ALLOCATION FUND,           :
PUTNAM TAX SMART FUNDS TRUST, PUTNAM           :      **JURY TRIAL DEMANDED**
INTERNATIONAL EQUITY FUND, PUTNAM              :
INVESTORS FUND, PUTNAM MONEY MARKET            :
FUND, PUTNAM MUNICIPAL INCOME FUND,            :
PUTNAM NEW OPPORTUNITIES FUND, PUTNAM          :
OTC & EMERGING GROWTH FUND, PUTNAM             :
PREFERRED INCOME FUND, PUTNAM                  :
STRATEGIC INCOME FUND, PUTNAM TAX              :
EXEMPT INCOME FUND, PUTNAM TAX EXEMPT          :
MONEY MARKET FUND, PUTNAM U.S.                 :
GOVERNMENT INCOME TRUST, PUTNAM                :
UTILITIES GROWTH AND INCOME FUND,              :
PUTNAM VISTA FUND, PUTNAM VOYAGER              :
FUND, PUTNAM AMERICAN GOVERNMENT               :
INCOME FUND, PUTNAM ASIA PACIFIC               :
GROWTH FUND, PUTNAM BALANCED                   :
RETIREMENT FUND, PUTNAM CAPITAL                :
APPRECIATION FUND, PUTNAM CLASSIC              :
EQUITY FUND, PUTNAM CONVERTIBLE                :
INCOME-GROWTH TRUST, PUTNAM                    :
DISCOVERY GROWTH FUND, PUTNAM                  :
DIVERSIFIED INCOME TRUST, PUTNAM EQUITY        :
INCOME FUND, PUTNAM EUROPE EQUITY              :
FUND, PUTNAM GLOBAL EQUITY FUND,               :
PUTNAM GLOBAL INCOME TRUST, PUTNAM             :
GLOBAL NATURAL RESOURCES FUND,                 :
PUTNAM HEALTH SCIENCES TRUST, PUTNAM           :
HIGH YIELD ADVANTAGE FUND, PUTNAM              :
HIGH YIELD TRUST, PUTNAM INCOME FUND,          :
PUTNAM INTERMEDIATE U.S. GOVERNMENT            :

MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE
2005 APR -4   P 12: 14
SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE

00004482.WPD ; 1

INCOME FUND, THE GEORGE PUTNAM FUND         :
OF BOSTON, THE PUTNAM FUND FOR GROWTH       :
AND INCOME, PUTNAM ARIZONA TAX EXEMPT       :
INCOME FUND, PUTNAM CALIFORNIA TAX          :
EXEMPT INCOME FUND, PUTNAM FLORIDA          :
TAX EXEMPT INCOME FUND, PUTNAM              :
MASSACHUSETTS TAX EXEMPT INCOME FUND        :
II, PUTNAM MICHIGAN TAX EXEMPT INCOME       :
FUND, PUTNAM MINNESOTA TAX EXEMPT           :
INCOME FUND II, PUTNAM NEW JERSEY TAX       :
EXEMPT INCOME FUND, PUTNAM NEW YORK         :
TAX EXEMPT INCOME TRUST, PUTNAM OHIO        :
TAX EXEMPT INCOME FUND II, PUTNAM           :
PENNSYLVANIA TAX EXEMPT INCOME FUND,        :
PUTNAM CALIFORNIA TAX EXEMPT MONEY          :
MARKET FUND, and PUTNAM NEW YORK TAX        :
EXEMPT MONEY MARKET FUND,                   :
                                            :
                        Defendants.         :
-------------------------------------------------- -----------------X

       Plaintiff, by his undersigned attorneys, on personal knowledge as to himself and his

acts and on information and belief as to all other matters, based upon an investigation by Plaintiff's

counsel, alleges as follows:

## INTRODUCTION

       1. This is a class action brought on behalf plaintiff and all other holders of Class B

shares of Putnam mutual funds as of October 28, 2003 which are still subject to a Contingent

Deferred Sales Charge ("CDSC") being assessed in the event they redeem such shares prior to the

expiration of 6 years from purchase or have been assessed a CDSC for redeeming such shares on

or after October 28, 2003. When a Class B shareholder withdraws money from a particular Putnam

Fund by redeeming shares of that fund, a percentage of the proceeds is charged by Putnam before

the balance is delivered to the shareholder. Putnam calls this penalty a CDSC. Typically, the CDSC

charge is 5% for withdrawals in the first year after purchase, 4% in the second, 3% in the third and fourth, 2% in the fifth, and 1% in the sixth.

2. This claim is based upon the fact that Putnam through certain of its employees (and agents) engaged in misconduct constituting a breach of contract with holders of Class B shares in a Putnam Fund. Those holders of Class B shares who wish to cease doing business with the Fund may only do so by paying a penalty. In fact, such holders should be given the opportunity to withdraw money from Putnam Funds without a penalty because an implied term of the agreement pursuant to which the investments were made was that Putnam would conduct itself with a high degree of integrity and the fact that Putnam did not so conduct itself amounts to a breach of contract, so that Class B shareholders should have the opportunity to withdraw their funds without penalty. Defendants' misconduct is also a breach of their obligation to act fairly and in good faith with respect to their contract, as well as a breach of their fiduciary duties of care, loyalty, and good faith.

3. The following facts and circumstances alleged below constitute a breach of the agreement, and the covenants of good faith and fair dealing, between defendants and class members in that defendants' actions give rise to serious doubts concerning the integrity of defendants. In particular, (a) the payment of $110 million in disgorgement, fines and penalties; (b) the specificity of the wrongdoing alleged by the governmental agencies; (c) the substantial redemptions by shareholders following the charges being made public; (d) the adverse reporting in the media; (e) the plethora of actions, including class actions, commenced against defendants; (f) the increased outflow of shareholder funds from the defendants, and the decreased inflow of funds to defendants, giving rise to possible adverse consequences for class members, i.e. among other things, increased administrative costs and forced sales of stock to raise money for redemptions.

00004482.WPD ; 1                                                    3

4. Class members should not be forced to perform under an agreement which has been breached by defendants. In particular, class members should be free to decide whether, under the circumstances, they wish to remain shareholders without the disincentive of a penalty if they decide to redeem their shares and shareholders who were penalized for redeeming their shares after the above charges were made public should be refunded the amount of the penalty.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over the Defendants Putnam as they have their headquarters and do substantial business in the Commonwealth of Massachusetts.

6. Venue is proper as Defendants Putnam have their principal place of business in Boston, Suffolk County, Massachusetts. The Defendants have, at all times material to this complaint, conducted business in this Commonwealth related to the events giving rise to the claims asserted in this complaint and are registered to do business in the Commonwealth of Massachusetts. Many of the witnesses and a substantial number of the documents and sources of proof are located in Massachusetts.

## PARTIES

7. Plaintiff Adam Press was a holder of 405 shares of Putnam International New Opportunity Fund B shares issued by Putnam as of October 28, 2003.

8. Defendants Putnam Investment Funds, Putnam Funds Trust, Putnam Tax-Free Income Trust, Putnam Asset Allocation Fund, Putnam Tax Smart Funds Trust, Putnam International Equity Fund, Putnam Investors Fund, Putnam Money Market Fund, Putnam Municipal Income Fund, Putnam New Opportunities Fund, Putnam OTC & Emerging Growth Fund, Putnam Preferred Income Fund, Putnam Strategic Income Fund, Putnam Tax Exempt Income Fund, Putnam Tax Exempt Money Market Fund, Putnam U.S. Government Income

00004482.WPD ; 1                                              4

Trust, Putnam Utilities Growth and Income Fund, Putnam Vista Fund, Putnam Voyager Fund, Putnam American Government Income Fund, Putnam Asia Pacific Growth Fund, Putnam Balanced Retirement Fund, Putnam Capital Appreciation Fund, Putnam Classic Equity Fund, Putnam Convertible Income-Growth Trust, Putnam Discovery Growth Fund, Putnam Diversified Income Trust, Putnam Equity Income Fund, Putnam Europe Equity Fund, Putnam Global Equity Fund, Putnam Global Income Trust, Putnam Global Natural Resources Fund, Putnam Health Sciences Trust, Putnam High Yield Advantage Fund, Putnam High Yield Trust, Putnam Income Fund, Putnam Intermediate U.S. Government Income Fund, The George Putnam Fund of Boston, The Putnam Fund for Growth and Income, Putnam Arizona Tax Exempt Income Fund, Putnam California Tax Exempt Income Fund, Putnam Florida Tax Exempt Income Fund, Putnam Massachusetts Tax Exempt Income Fund II, Putnam Michigan Tax Exempt Income Fund, Putnam Minnesota Tax Exempt Income Fund II, Putnam New Jersey Tax Exempt Income Fund, Putnam New York Tax Exempt Income Trust, Putnam Ohio Tax Exempt Income Fund II, Putnam Pennsylvania Tax Exempt Income Fund, Putnam California Tax Exempt Money Market Fund, and Putnam New York Tax Exempt Money Market Fund, (collectively, "Putnam") are open-end registered investment companies organized under the laws of the Commonwealth of Massachusetts. Putnam maintains its principal executive offices at One Post Office Square, Boston, Suffolk County, MA 02109. Putnam is the registrant under the Securities Act of 1933 and Investment Company Act of 1940. Putnam has approximately 101 mutual funds which have as many as several classes of shares (A, B, C, M, R and Y) for each fund. Putnam funds were the subject of improper market timing.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

9. Plaintiff brings this action as a class action pursuant to Rule 23 of the Massachusetts Rules of Civil Procedure on behalf of the Class, consisting of all holders of Class B Shares of Putnam mutual funds as of October 28, 2003 which are still subject to a CDSC being assessed in the event they redeem such shares prior to the expiration of 6 years from purchase or have been assessed a CDSC for redeeming such shares on or after October 28, 2003.

10. The members of the Class are so numerous that joinder of all members is impracticable. While the exact number of Class members is unknown to plaintiff, and can only be ascertained through appropriate discovery, plaintiff believes that there are thousands of members of the Class. Record owners and members of the Class may be identified from records maintained by Putnam and may be notified of the pendency of this action by mail, using the form of notice similar to that used in class actions.

11. Plaintiff's claims are typical of the claims of the putative Class members. Specifically, Plaintiff claims that Defendants' conduct injured Plaintiff and Class members alike by assessing CDSC fees to all Class members who redeem their shares on or after October 28, 2003.

12. Common questions of law and fact exist as to all members of the Class and predominate over any questions affecting only individual members of the Class. Among the questions of law and fact common to the Class;

> (a) Whether defendants has breached its fiduciary duty to Plaintiff and the Class;
>
> (b) Whether defendants has breached its duties of good faith and fair dealing; and
>
> (c) Whether defendants' conduct constitutes a breach of contract;

6

13. Plaintiff can and will fairly and adequately represent and protect the interests of the Class and has retained counsel competent and experienced in class action litigation to vigorously prosecute this action on behalf of the putative class members.

14. A class action is superior to other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for Class members to seek redress individual for the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## FACTS

### BACKGROUND

15. A Mutual Fund is a fund that is managed by an investment company that manages the money of its shareholders.

16. Mutual funds are priced once a day, at 4:00 p.m. EST. The price, known as the Net Asset Value ("NAV"), generally reflects the closing prices of the securities that comprise a given fund's portfolio, plus the value of any cash that the fund manager maintains for the fund, divided by the number of outstanding shares.

17. Market timing is an investment strategy that involves the short-term trading of securities to take advantage of market fluctuations. Market timing is often employed where one can predict with reasonable certainty the effect on a particular security. Market timing works to the detriment of long-term shareholders in a number of ways: (a) market timing dilutes the value of the fund by allowing the timer to siphon short term profits from what is otherwise a long-term investment vehicle; (b) market timing may add to the transactional costs of the fund because of

00004482.WPD ; 1                                          7

more frequent purchases and sales; (c) the fund may realize taxable capital gains at an undesirable time; and (d) market timing may result in managers having to sell stock into a falling market. Where money is not invested in the fund, but is kept in cash, then the fund's shareholders are deprived of the advantages of being fully invested in an appreciating stock market.

## THE CLASS B SHARES

18. The Putnam Funds claims that the interests of fund shareholders their highest priority. They had a reputation for good faith and fair dealing, and for strict adherence to their duties as a fiduciary: loyalty, candor, and due care which eschews any sort of unfair business practices.

19. Putnam contracted, agreed, represented and warranted that it would continue to conduct its business at the same level of integrity while purchasers of B shares held those shares.

20. Putnam violated its agreement by engaging in various forms of misconduct, including market timing, which indicated, among other things, that the interests of the fund shareholders was not the highest priority, that they did not act in good faith, that they engaged in unfair business practices, and that their integrity was seriously compromised. Under these circumstances, holders of B shares should be allowed to redeem their shares without penalty.

21. Putnam has been the subject to a series of investigations by federal and state regulators.

## Governmental Action

22. On October 28, 2003, the end of the Class Period, the SEC and the Massachusetts Attorney General's Office announced the filing of actions in both federal and state court in

Massachusetts as well as the commencement of an administrative proceeding in the Division of Enforcement of the SEC against Putnam arising from its market timing activities.

23. On April 8, 2004, it was announced that Putnam had settled its charges with the SEC and Massachusetts Attorney General's Office. In connection therewith, the SEC filed an Order Making Findings and Imposing Supplemental Remedial Sanctions settling the matter. Pursuant to the Order, the SEC made a litany of findings constituting misconduct, $50 million was to be paid in disgorgement and $5 million was to be paid in civil penalties, and a number of remedial initiatives would be instituted. In the settlement with the Massachusetts Attorney General Office, it was announced that Putnam had admitted wrongdoing in allowing some managers and certain plan participants to market time its mutual funds and was order to pay a $50 million fine and $5 million in disgorgement.

24. In sum, a total of $110 million was paid in disgorgement, fines and penalties as a result of the wrongful conduct complained of herein. Further a number of costly remedial initiatives were instituted to prevent such future conduct.

25. Notwithstanding the foregoing, Class Members that wish to sell their shares and so cease doing business with Putnam have been and will be required to pay a significant charge.

26. Putnam's breach of contract – its failure to maintain, in the words of Benjamin Cardozo, "the punctilio of an honor most sensitive" – allows Plaintiff and the other members of the Class to decide whether they wish to continue to invest in a tainted company and, if he wishes, to sell his shares without penalty. Plaintiff and the other members of the Class should not be required to keep their money at risk with an allegedly unethical or dishonest company which has breached its contract with Plaintiff and the other members of the Class.

## COUNT I
### (Breach of Contract)

27. Plaintiff realleges and incorporates by reference each and every allegation of this complaint as if fully restated herein.

28. Defendants agreed to perform investment advisor and management services to Plaintiff and the other members of the Class.

29. Defendants had an implied contractual duty to perform the investment advisor and management services in good faith.

30. Defendants breached its contract with Plaintiff and all Class members and the covenant of good faith and fair dealing in the performance of those contracts, by:

(a) engaging in various forms of misconduct, including market timing;

(b) by failing to act in the best interests of the Class B shareholders; and

(c) by engaging in unfair and deceptive trade practices in the performance of their contractual duties.

31. Defendants' breaches of contract and the implied covenant of good faith and fair dealing were so material as to justify Plaintiff and all class members to terminate the contracts, and render it inequitable for Defendants to collect the Contingent Deferred Sales Charge from Plaintiff and all Class members who elect to withdraw their funds.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff on behalf of himself and the Class prays for judgment as

follows:

- (i) Certifying that this action may be maintained as a class action pursuant to the provisions of Rule 23 of the Massachusetts Rules of Civil Procedure on behalf of all holders of Putnam Class B shareholders during the Class Period;

- (ii) Designating Plaintiff and Plaintiff's counsel as class representative and class counsel, respectively;

- (iii) Entering Judgment against Defendants and in favor of Plaintiff and the Class on

all claims:

- (iv) Requiring Defendants to pay Plaintiff's and each Class member their actual damages;

- (iv) Granting Plaintiff and the other members of the Class equitable relief from the Contingent Deferred Sales Charge;

- (v) Requiring Defendants to pay Plaintiff's reasonable attorney's fees and costs of

suit; and

- (vi) Such other and further relief that the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a jury trial on all such issues that are triable before a

jury.

Dated: April 4, 2005

Respectfully submitted

David Pastor (BBO#391000)
John C. Martland (BBO#322980)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: (781) 231-7850
Facsimile: (781) 231-7840

RABIN & PECKEL LLP
275 Madison Avenue
Suite 420
New York, NY 10016
(212) 880-3722

GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
(310) 201-9150

## ATTORNEYS FOR PLAINTIFF

I HEREBY ATTEST AND CERTIFY ON
MAY 6, 2005
THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY:
ASSISTANT CLERK

12

| CIVIL ACTION COVER SHEET | 05-1295 | Trial Court of Massachusetts Superior Court Department County: Suffolk |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Adam Press | Putnam Investment Funds, et al. |

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE
John C. Martland, Gilman and Pastor, LLP
999 Broadway, S. 500, Saugus, MA 01906
(781) 231-7850
Board of Bar Overseers number: 322980

ATTORNEY (if known)

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A99 | Breach of Good Faith (F) | | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................... $
2. Total Doctor expenses ............................... $
3. Total chiropractic expenses ............................... $
4. Total physical therapy expenses ............................... $
5. Total other expenses (describe) ............................... $
Subtotal $
B. Documented lost wages and compensation to date ............................... $
C. Documented property damages to date ............................... $
D. Reasonably anticipated future medical and hospital expenses ............................... $
E. Reasonably anticipated lost wages ............................... $
F. Other documented items of damages (describe) $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
$
TOTAL $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
Class action complaint alleging breach of covenant of good faith and fair dealing. Plaintiff/Class seek to recover/preclude Contingent Deferred Service Charge assessed class members for redemption of Class B Shares after Defendants engaged in Market Timing transactions
TOTAL $.

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 4/4/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON
MAY 6, 2005
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.
MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
ASSISTANT CLERK