UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------X
ADAM PRESS,

                                Plaintiff,

    v.

PUTNAM INVESTMENT FUNDS, et al.

                              Defendants.

  C.A. No. 05-CV-10923 (NG)
-----------------------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

        GILMAN AND PASTOR, LLP
        60 State Street, 37th Floor
        Boston, MA 02109
        Telephone: (617) 742-9700
        Facsimile: (617) 742-9701

Dated: May 26, 2005                        Respectfully submitted,

                                            /s/ David Pastor
                                            David Pastor (BBO # 391000)
                                            GILMAN AND PASTOR, LLP
                                            60 State Street, 37th Floor
                                            Boston, MA 02109
                                            Telephone: (617) 742-9700
                                            Facsimile: (617) 742-9701

                                            Attorney for Plaintiffs

00004868.WPD ; 1