UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------X

| | | |
|---|---|---|
| ADAM PRESS, | : | Civil Action No. 05-10923 (NG) |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against - | : | |
| | : | |
| PUTNAM INVESTMENT FUNDS, PUTNAM FUNDS TRUST, PUTNAM TAX-FREE INCOME TRUST, PUTNAM ASSET ALLOCATION FUND, PUTNAM TAX SMART FUNDS TRUST, PUTNAM INTERNATIONAL EQUITY FUND, PUTNAM INVESTORS FUND, PUTNAM MONEY MARKET FUND, PUTNAM MUNICIPAL INCOME FUND, PUTNAM NEW OPPORTUNITIES FUND, PUTNAM OTC & EMERGING GROWTH FUND, PUTNAM PREFERRED INCOME FUND, PUTNAM STRATEGIC INCOME FUND, PUTNAM TAX EXEMPT INCOME FUND, PUTNAM TAX EXEMPT MONEY MARKET FUND, PUTNAM U.S. GOVERNMENT INCOME TRUST, PUTNAM UTILITIES GROWTH AND INCOME FUND, PUTNAM VISTA FUND, PUTNAM VOYAGER FUND, PUTNAM AMERICAN GOVERNMENT INCOME FUND, PUTNAM ASIA PACIFIC GROWTH FUND, PUTNAM BALANCED RETIREMENT FUND, PUTNAM CAPITAL APPRECIATION FUND, PUTNAM CLASSIC EQUITY FUND, PUTNAM CONVERTIBLE INCOME-GROWTH TRUST, PUTNAM DISCOVERY GROWTH FUND, PUTNAM DIVERSIFIED INCOME TRUST, PUTNAM EQUITY INCOME FUND, PUTNAM EUROPE EQUITY FUND, PUTNAM GLOBAL EQUITY FUND, PUTNAM GLOBAL INCOME TRUST, PUTNAM GLOBAL NATURAL RESOURCES FUND, PUTNAM HEALTH SCIENCES TRUST, PUTNAM HIGH YIELD ADVANTAGE FUND, PUTNAM HIGH YIELD TRUST, PUTNAM INCOME FUND, PUTNAM INTERMEDIATE U.S. GOVERNMENT INCOME | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

00004990.WPD ; 1

| | |
|---|---|
| FUND, THE GEORGE PUTNAM FUND OF BOSTON, THE PUTNAM FUND FOR GROWTH AND INCOME, PUTNAM ARIZONA TAX EXEMPT INCOME FUND, PUTNAM CALIFORNIA TAX EXEMPT INCOME FUND, PUTNAM FLORIDA TAX EXEMPT INCOME FUND, PUTNAM MASSACHUSETTS TAX EXEMPT INCOME FUND II, PUTNAM MICHIGAN TAX EXEMPT INCOME FUND, PUTNAM MINNESOTA TAX EXEMPT INCOME FUND II, PUTNAM NEW JERSEY TAX EXEMPT INCOME FUND, PUTNAM NEW YORK TAX EXEMPT INCOME TRUST, PUTNAM OHIO TAX EXEMPT INCOME FUND II, PUTNAM PENNSYLVANIA TAX EXEMPT INCOME FUND, PUTNAM CALIFORNIA TAX EXEMPT MONEY MARKET FUND, and PUTNAM NEW YORK TAX EXEMPT MONEY MARKET FUND,  Defendants. | : : : : : : : : : : : : : : : : : : : : : |

---------------------------------------------------------------X

## MOTION TO REMAND

Pursuant to 28 U.S.C. §1447(c) and 15 U.S.C. §§77p(d)(4) & 78bb(f)(3)(D), Plaintiff Adam Press hereby moves this Court for an order remanding this action, which is solely based on state law breach of contract law against Defendants, to the Suffolk County Superior Court, and awarding Plaintiff "just costs and … actual expenses, including attorney fees, incurred as a result of the removal."

Plaintiff makes this motion based on the complaint, the memorandum of law submitted contemporaneously herewith, and all other pleadings and orders in this action.

REQUEST FOR ORAL ARGUMENT

Plaintiff believes that oral argument may assist the Court in making its determination on this motion. Accordingly, pursuant to Local Rule 7.1(d), Plaintiff hereby requests the Court schedule a hearing for oral argument on this motion.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certify that they have conferred with counsel for defendants in a good faith effort to resolve or narrow the issues raised by this motion, but have been unable to do so.

Dated: June 6, 2005

**Respectfully submitted,**

By: /s/ John C. Martland
David Pastor (BBO# 391000)
John C. Martland (BBO# 322980)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 01906
Telephone: (617) 742-9700
Fax: (617) 742-9701

RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Fax: (212) 880-3716

GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160

Attorneys for Plaintiff Adam Press