## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ADAM PRESS, on behalf of himself and all
others similarly situated,

       Plaintiffs,

v.

PUTNAM INVESTMENT FUNDS, et al.,

       Defendants.

Civil Action No. 05-CV-10923 (NG)

## <u>DEFENDANTS' MOTION TO STAY</u>

All Defendants hereby move the Court to stay further proceedings in this case until the

Judicial Panel on Multidistrict Litigation ("JPML") rules on Defendants' application to transfer

the case to the United States District Court for the District of Maryland for pretrial proceedings

as part of the mutual fund "market timing" multidistrict litigation now pending there. *See In re*

*Mutual Fund Investment Litigation,* MDL No. 1586 (J.P.M.L. Order Feb. 20, 2004).

The reasons why this motion should be granted are set forth in the attached Memorandum

of Points and Authorities.

Pursuant to Local Rule 7.1(a)(2), counsel certifies that they have conferred and attempted

to resolve or narrow the issues presented in this motion, without success.

Dated: June 10, 2005

Respectfully submitted,

<u>/s/ John D. Donovan, Jr.</u>
John D. Donovan, Jr. (BBO#130950)
Carisa Klemeyer
ROPES & GRAY LLP
One International Place
Boston, MA 02110-0624
Telephone: (617) 951-7000
Fax: (617) 951-7050

Thomas B. Smith
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4600
Fax: (202) 508-4650

Counsel for All Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the above document was served on the attorney of record for each party in this matter by filing the document electronically with this Court, using the Court's ECF filing system, on this 10th day of June, 2005.

<u>/s/  John D. Donovan, Jr.</u>
John D. Donovan, Jr.

# EXHIBIT 1

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MAY 2 6 2005**

FILED
**CLERK'S OFFICE**

*DOCKET NO. 1586*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE MUTUAL FUNDS INVESTMENT LITIGATION*

*Adam Press v. Putnam Investment Funds, et al.,* D. Massachusetts, C.A. No. 1:05-10923

*CONDITIONAL TRANSFER ORDER (CTO-18)*

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 326 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre Davis and the Honorable Catherine C. Blake.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, 310 F.Supp.2d 1359 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre Davis and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

RULE 5.2:    SERVICE OF PAPERS FILED

(a)    All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)    The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)    Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)    In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)    If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

INVOLVED COUNSEL LIST (CTO-18)
DOCKET NO. 1586
IN RE MUTUAL FUNDS INVESTMENT LITIGATION

John D. Donovan, Jr.
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624

John B. Isbister
Tydings & Rosenberg, LLP
100 East Pratt Street
26th Floor
Baltimore, MD 21202

David Pastor
Gilman & Pastor, L.L.P.
Stonehill Corporate Center
999 Broadway
Suite 500
Saugus, MA 01906

Mark A. Perry
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

# EXHIBIT 2

152

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1586

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On February 20, 2004, the Panel transferred 96 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, _____F.Supp.2d_____ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 1 9 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG ALONG CASES
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

### DISTRICT  DIV. CIVIL ACTION#

**CALIFORNIA CENTRAL**
| | | | |
|---|---|---|---|
| ~~CAC~~ | ~~2~~ | ~~03-7654~~ | ~~Emanuel Wasserman v. Kenneth D. Lewis, et al.~~ Opposed 3/17/04 |
| CAC | 2 | 03-8736 | Mike Sayegh v. Janus Capital Corp., et al. *04-503* |

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 03-5071 | Michael Federman v. Putnam American Government Income Fund, et al. *04-623* |
| CAN | 5 | 03-5133 | Kathie A. Phillips v. Alliance Capital Management Holding, L.P., et al. *04-803* |
| CAN | 5 | 03-5146 | James Page, Jr. v. The Charles Schwab Corp., et al. *04-804* |

**COLORADO**
| | | | |
|---|---|---|---|
| CO | 1 | 03-2004 | Gerald L. Chait, etc. v. Thomas H. Bailey, et al. *04-805* |
| CO | 1 | 03-2007 | Mei Hung, etc. v. Thomas H. Bailey, et al. *04-806* |
| CO | 1 | 03-2016 | Norman Friedman, et al. v. Janus Capital Group, Inc., et al. *04-807* |
| CO | 1 | 03-2037 | Robert Martini v. Janus Capital Group, Inc., et al. *04-808* |
| CO | 1 | 03-2061 | Delon Brown v. Janus Capital Group, Inc., et al. *04-809* |
| CO | 1 | 03-2103 | Ruth A. McKeown v. Janus Fund, et al. *04-810* |
| CO | 1 | 03-2115 | Paul Straits v. Janus Capital Group, Inc., et al. *04-811* |
| CO | 1 | 03-2141 | Janice Biggs v. Janus Fund, et al. *04-812* |
| CO | 1 | 03-2168 | Harry Goodman, et al. v. Janus Capital Group, Inc., et al. *04-813* |
| CO | 1 | 03-2182 | Richard Lepera v. Invesco Funds Group, Inc., et al. *04-814* |
| CO | 1 | 03-2212 | R. Andrew Harclerode, et al. v. Janus Capital Group, Inc., et al. *04-815* |
| CO | 1 | 03-2309 | Brenda C. Vann, et al. v. Janus Capital Group, Inc., et al. *04-816* |
| CO | 1 | 03-2325 | Amanda Klein v. Janus Capital Group, Inc., et al. *04-817* |
| CO | 1 | 03-2403 | Craig Wiggins v. Janus Capital Group, Inc., et al. *04-818* |
| CO | 1 | 03-2406 | L. Scott Karlin, etc. v. Amvescap, PLC, et al. *04-819* |
| CO | 1 | 03-2441 | Richard Raver v. Invesco Funds Group, Inc., et al. *04-820* |
| CO | 1 | 03-2456 | Jerry Fatah, etc. v. Invesco Advantage Health Sciences Fund, et al. *04-821* |
| CO | 1 | 03-2457 | Shirley M. McLain, et al. v. Bank of America Corp., et al. *04-822* |
| CO | 1 | 03-2559 | Steven B. Ehrlich, et al. v. Invesco Advantage Health Sciences Fund, et al. *04-823* |
| CO | 1 | 03-2604 | Miriam Calderon v. Amvescap, PLC, et al. *04-824* |
| CO | 1 | 03-2612 | Pat B. Gorsuch, et al. v. Invesco Funds Group, Inc., et al. *04-825* |

**CONNECTICUT**
| | | | |
|---|---|---|---|
| CT | 3 | 03-1874 | Thomas Helm, et al. v. Janus Fund, et al. *04-826* |
| CT | 3 | 03-1883 | Louis J. DeSocio v. Strong Advisor Common Stock Fund, et al. *04-827* |
| CT | 3 | 03-2050 | Charles Lanza v. Alliancebernstein Growth & Income Fund, et al. *04-828* |
| CT | 3 | 03-2192 | Alfred Dellavalle v. Putnam American Government Income Fund, et al. *04-829* |

**ILLINOIS NORTHERN**
| | | | |
|---|---|---|---|
| ILN | 1 | 03-7315 | Lenore Zarate v. Bank One Corp., et al. *04-830* |
| ILN | 1 | 03-7940 | Robert Holton v. Bank One Corp., et al. *04-831* |
| ILN | 1 | 03-8561 | Datren Williams, etc. v. Bank One Corp., et al. *04-832* |
| ILN | 1 | 03-8628 | Carolyn Kitty v. Janus Capital Group, Inc., et al. *04-833* |
| ILN | 1 | 03-9055 | Carlo D'Agostino v. Putnam Investments Trust, et al. *04-834* |
| ILN | 1 | 03-9061 | Brett Tayne v. Putnam Investments Trust, et al. *04-835* |

**ILLINOIS SOUTHERN**
| | | | |
|---|---|---|---|
| ~~ILS~~ | ~~3~~ | ~~03-692~~ | ~~Robert Potter, et al. v. Janus Investment Fund, et al.~~ Vacated 3/17/04 |
| ~~ILS~~ | ~~3~~ | ~~03-760~~ | ~~Donald Bradfisch v. Templeton Funds, Inc., et al.~~ Vacated 3/17/04 |
| ~~ILS~~ | ~~3~~ | ~~03-769~~ | ~~Roger Kelso v. Columbia Acorn Trust, et al.~~ Opposed 3/18/04 |
| ~~ILS~~ | ~~3~~ | ~~03-770~~ | ~~David Kencriey v. Templeton Funds, Inc., et al.~~ Opposed 3/18/04 |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586                    PAGE 2 OF 4

| | | | | |
|---|---|---|---|---|
| ILS | 3 | 03-771 | Tom Sichra v. Putnam Investment Funds, et al. | 04-836 |
| ~~ILS~~ | ~~3~~ | ~~03-772~~ | ~~John Bilski v. Aim International Funds, Inc., et al.~~ Opposed 3/18/04 | |
| ~~ILS~~ | ~~3~~ | ~~03-843~~ | ~~Gary Vogeler, et al. v. Columbia Acorn Trust, et al.~~ Vacated 3/17/04 | |

**MASSACHUSETTS**

| | | | | |
|---|---|---|---|---|
| MA | 1 | 03-12222 | Evon Yameen, et al. v. Putnam Investment Management, LLC | 04-837 |
| MA | 1 | 03-12227 | Diane Hutto, et al. v. Putnam Europe Equity Fund, et al. | 04-838 |
| MA | 1 | 03-12273 | Edward Casey, et al. v. Putnam Investment Management, LLC | 04-839 |
| MA | 1 | 03-12400 | John K. Clement, et al. v. Putnam Investment Management, Inc., et al. | 04-840 |
| MA | 1 | 03-12402 | Antonio Ioakim, et al. v. Putnam Investment Management, LLC | 04-841 |
| MA | 1 | 03-12441 | Seth B. Marks, et al. v. Putnam, LLC, et al. | 04-842 |
| MA | 1 | 03-12474 | Mark E. Feinerstein, et al. v. Putnam Investments Trust, et al. | 04-843 |
| MA | 1 | 03-12475 | Maria Dagostino-Gannon v. Putnam Investment Trust, et al. | 04-844 |
| ~~MA~~ | ~~1~~ | ~~03-12483~~ | ~~Gustavo Bruckner, etc. v. Massachusetts Financial Services Co., et al.~~ Opposed 3/18/04 | |
| ~~MA~~ | ~~1~~ | ~~03-12500~~ | ~~Bruce Riggs v. Massachusetts Financial Services Co., et al.~~ Opposed 3/18/04 | |
| MA | 1 | 03-12526 | Joanne S. Baseman, etc. v. Putnam Investment Management, LLC, et al. | 04-845 |
| MA | 1 | 03-12527 | Cynthia Puleo, etc. v. Putnam, LLC, et al. | 04-846 |

**NORTH CAROLINA WESTERN**

| | | | | |
|---|---|---|---|---|
| NCW | 3 | 03-496 | James McLain v. Bank of America Corp., et al. | 04-847 |
| NCW | 3 | 04-16 | Raj Sanyal, etc. v. William P. Carmichael, et al. | 04-848 |

**NEW JERSEY**

| | | | | |
|---|---|---|---|---|
| NJ | 2 | 03-4370 | Brian Levy v. Strong Advisor Common Stock Fund, et al. | 04-849 |
| NJ | 2 | 03-4544 | Lori McBride, etc. v. Strong Financial Corp., et al. | 04-851 |
| NJ | 2 | 03-4545 | William Solvible, et al. v. John R. Belk, et al. | 04-850 |
| NJ | 2 | 03-4585 | Robert Steinberg v. Strong Advisor Common Stock Fund, et al. | 04-852 |
| NJ | 2 | 03-4586 | Bruce J. Pfeffer, et al. v. Janus Fund, et al. | 04-853 |
| NJ | 2 | 03-4602 | Margo A. Bode v. Bank of America Corp., et al. | 04-854 |
| NJ | 2 | 03-4612 | Irving J. Chasen, etc. v. Mark B. Whiston, et al. | 04-855 |
| NJ | 2 | 03-4769 | Ronald Gross, etc. v. James Dimon, et al. | 04-856 |
| NJ | 2 | 03-5045 | Charles S. Steinberg v. AllianceBernstein Growth & Income Fund, et al. | 04-857 |
| NJ | 2 | 03-5081 | Yaakov Nekritz v. Canary Capital Partners, LLC, et al. | 04-858 |
| NJ | 2 | 03-5500 | Camille Logue, etc. v. Bruce W. Calvert, et al. | 04-859 |

**NEW YORK EASTERN**

| | | | | |
|---|---|---|---|---|
| NYE | 2 | 03-5879 | Ira Newman v. Alliance Capital Management, LP | 04-860 |
| NYE | 2 | 03-5958 | Michael Bernstein, etc. v. Fred Alger Management, Inc., et al. | 04-861 |
| NYE | 2 | 03-6004 | Jean L. Taylor, et al. v. Alliance Capital Management, L.P. | 04-862 |

**NEW YORK SOUTHERN**

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 03-7710 | A. Duane Wahl v. Nations Capital Growth Fund, et al. | 04-863 |
| NYS | 1 | 03-7751 | Virginia Metzger v. Banc One Investment Advisors, et al. | 04-864 |
| NYS | 1 | 03-7932 | Frank K. Mangialardi v. Strong Capital Management, Inc. | 04-865 |
| NYS | 1 | 03-7940 | Michael Lipstein IRA, et al. v. Janus Capital Management, LLC | 04-866 |
| NYS | 1 | 03-8025 | Katrina McKoy v. Bank of America Corp., et al. | 04-867 |
| NYS | 1 | 03-8131 | Lori Weinrib v. Janus Capital Group, Inc., et al. | 04-868 |
| NYS | 1 | 03-8199 | Irene Waxman v. Janus Capital Group, Inc., et al. | 04-869 |
| NYS | 1 | 03-8256 | Katrina S. Weaver v. Nations Capital Growth Fund, et al. | 04-870 |
| NYS | 1 | 03-8364 | Linda Parker v. One Group Technology Fund, et al. | 04-871 |
| NYS | 1 | 03-8412 | Rhonda Vladimir v. Janus Capital Management, LLC, et al. | 04-872 |
| NYS | 1 | 03-8523 | Shandel Strasberg, et al. v. Janus Fund, et al. | 04-873 |
| NYS | 1 | 03-8593 | Robert Wiley v. Bank One Corp., et al. | 04-874 |
| NYS | 1 | 03-8609 | Doreen Duke v. Janus Capital Group, Inc., et al. | 04-875 |
| NYS | 1 | 03-8627 | Peter D. Demayo, etc. v. Alger Small Port, et al. | 04-876 |
| NYS | 1 | 03-8682 | Warren Pinchuck, etc. v. Peter Coster, et al. | 04-877 |
| NYS | 1 | 03-8686 | Michael H. Diemer v. Janus Fund, et al. | 04-878 |
| NYS | 1 | 03-8710 | Ida Desch v. Bank of America Corp., et al. | 04-879 |
| NYS | 1 | 03-8745 | Phil Maez v. Nations Institutional Reserves Covertible Securities Fund, et al. | 04-880 |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586                    PAGE 3 OF 4

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 03-8747 | Marc Henzel, etc. v. Alger Small Port, et al. | 04-881 |
| NYS | 1 | 03-8864 | Michael Pflugath, et al. v. Bear Stearns Companies, Inc., et al. | 04-882 |
| NYS | 1 | 03-8893 | Jessica Corbett v. Marsh & McLennan Companies, Inc., et al. | 04-883 |
| NYS | 1 | 03-8894 | Murray Zucker v. Putnam American Government Income Fund, et al. | 04-884 |
| NYS | 1 | 03-8959 | Dana Buhs v. Fred Alger Management, Inc., et al. | 04-885 |
| NYS | 1 | 03-8962 | Jeffrey Ettinger, etc. v. Janus Capital Group, Inc., et al. | 04-886 |
| NYS | 1 | 03-8984 | Maurice Bonime v. Putnam American Government Income Fund, et al. | 04-887 |
| NYS | 1 | 03-9001 | Barbara Walsh v. Marsh & McLennan Companies, Inc., et al. | 04-888 |
| NYS | 1 | 03-9149 | Meyer Mintz v. Putnam American Government Income Fund, et al. | 04-889 |
| ~~NYS~~ | ~~1~~ | ~~03-9157~~ | ~~Frederic Ian Fishbein, etc. v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 | |
| NYS | 1 | 03-9160 | Romilda Braatz v. Marsh & McLennan Companies, Inc., et al. | 04-890 |
| NYS | 1 | 03-9167 | Bryon Billman v. Fred Alger Management, Inc., et al. | 04-891 |
| NYS | 1 | 03-9197 | Bernard Schwimmer v. AllianceBernstein Technology Fund, et al. | 04-892 |
| ~~NYS~~ | ~~1~~ | ~~03-9216~~ | ~~Aaron Brody v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 | |
| NYS | 1 | 03-9237 | James Ryan, et al. v. Putnam American Government Income Fund, et al. | 04-893 |
| NYS | 1 | 03-9239 | Robert Garfield v. Fred Alger Management, Inc., et al. | 04-894 |
| NYS | 1 | 03-9245 | Paula Pieroni v. Bank of America Corp, et al. | 04-895 |
| ~~NYS~~ | ~~1~~ | ~~03-9294~~ | ~~Adrienne Green v. AllianceBernstein Growth & Income Fund, et al.~~ Opposed 3/19/04 | |
| NYS | 1 | 03-9372 | Gary A. Baskin v. Bank of America Corp., et al. | 04-896 |
| NYS | 1 | 03-9424 | Robert Foster, et al. v. Putnam Investments Trust, et al. | 04-897 |
| NYS | 1 | 03-9425 | Rochelle Turoff Mucha v. Marsh & McLennan Companies, Inc., et al. | 04-898 |
| NYS | 1 | 03-9426 | Alberta Friedman v. Alger Small Portfolio, et al. | 04-899 |
| ~~NYS~~ | ~~1~~ | ~~03-9434~~ | ~~Rochelle Meyer, etc. v. Alliance Capital Management Holding L.P., et al.~~ Opposed 3/19/04 | |
| NYS | 1 | 03-9438 | Lisa Schales v. Alliance Capital Management Holdings, L.P., et al. | 04-900 |
| ~~NYS~~ | ~~1~~ | ~~03-9439~~ | ~~Leslie Turbowitz v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 | |
| NYS | 1 | 03-9497 | Avremi Weinreb v. AllianceBernstein Technology Fund, et al. | 04-901 |
| NYS | 1 | 03-9498 | Terry Conner v. Alliance Capital Management Holding, L.P., et al. | 04-902 |
| NYS | 1 | 03-9501 | Neeyaf Distributing v. Alger Small Portfolio, et al. | 04-903 |
| NYS | 1 | 03-9606 | Patrice H. Oster v. Alliance Capital Management Holdings L.P., et al. | 04-904 |
| NYS | 1 | 03-9634 | Edward Lowinger, et al. v. Invesco Advantage Health Science Fund, et al. | 04-905 |
| NYS | 1 | 03-9638 | Ronald E. Stackler, et al. v. Nations Capital Growth Fund, et al. | 04-906 |
| NYS | 1 | 03-9654 | John B. Johnson v. Putnam American Government Income Fund, et al. | 04-907 |
| ~~NYS~~ | ~~1~~ | ~~03-9655~~ | ~~Rachelle Knopf v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 | |
| ~~NYS~~ | ~~1~~ | ~~03-9668~~ | ~~Walter C. Slack v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 | |
| ~~NYS~~ | ~~1~~ | ~~03-9670~~ | ~~Gregory Smidt, et al. v. Bear, Stearns & Co., Inc.~~ Vacated 3/11/04 | |
| NYS | 1 | 03-9740 | Milton Pfeiffer v. The Dreyfus Corp. | 04-908 |
| ~~NYS~~ | ~~1~~ | ~~03-9790~~ | ~~Mike Atassi v. Pilgrim, Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 | |
| NYS | 1 | 03-9801 | Durand Wilson, II v. Excelsior Funds, Inc., et al. | 04-909 |
| NYS | 1 | 03-9858 | John B. Johnson v. Alger Small Portfolio, et al. | 04-910 |
| NYS | 1 | 03-9915 | Janet M. Crocket v. Alger Small Portfolio, et al. | 04-911 |
| NYS | 1 | 03-9920 | Marvin Goldfarb v. Putnam American Government Income Fund, et al. | 04-912 |
| ~~NYS~~ | ~~1~~ | ~~03-9955~~ | ~~Charles C. Hargrave, et al. v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 | |
| ~~NYS~~ | ~~1~~ | ~~03-10016~~ | ~~Carl Sadowsky v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 | |
| NYS | 1 | 03-10045 | Jospeh R. Russo v. Invesco Advantage Health Sciences Fund, et al. | 04-913 |
| NYS | 1 | 03-10098 | Kathleen Iozzo, et al. v. Putnam Investment Trust, et al. | 04-915 |
| NYS | 1 | 03-10099 | Paul Weiner, et al. v. Putnam Investments Trust, et al. | 04-916 |
| NYS | 1 | 03-10132 | Herman S. & Esperanza A. Drayer Residual Trust U/A 4/22/83, et al. v Federated Investors, Inc., et al. | 04-917 |
| NYS | 1 | 03-10158 | Benjamin Robinson v. Marsh & McLennan Companies, Inc., et al. | 04-918 |
| NYS | 1 | 03-10170 | Jodi Finkelson-Reece v. Putnam Investment Trust, et al. | 04-919 |
| ~~NYS~~ | ~~1~~ | ~~03-10198~~ | ~~Benjamin Hiser v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 | |
| NYS | 1 | 04-28 | Doris Staehr, etc. v. Jeffrey W. Greenberg, et al. | 04-921 |
| ~~NYS~~ | ~~1~~ | ~~04-230~~ | ~~William B. Cottrell v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 | |
| NYS | 1 | 04-409 | Michael Fitzpatrick, etc. v. John R. Belk, et al. | 04-922 |
| NYS | 1 | 04-410 | David M. Kaufman, et al. v. John R. Belk, et al. | 04-923 |

OHIO SOUTHERN

| | | | | |
|---|---|---|---|---|
| OHS | 2 | 03-1016 | Bernard Flucke v. Bank One Corp., et al. | 04-924 |
| OHS | 2 | 03-1037 | Warren Sherman, etc. v. Peter C. Marshall, et al. | 04-925 |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586                    PAGE 4 OF 4

| | | | |
|---|---|---|---|
| OHS | 2 | 03-1038 | Jerry Huang v. Peter Marshall, et al. *04-926* |
| OHS | 2 | 03-1039 | Mark Snyder, etc. v. Peter C. Marshall, et al. *04-927* |

**PENNSYLVANIA EASTERN**

| | | | |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~03-6255~~ | ~~Stephen Cary v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| ~~PAE~~ | ~~2~~ | ~~03-6411~~ | ~~Lilia Binder et al. v. PBHG Growth Fund, et al.~~ Opposed 3/19/04 |
| ~~PAE~~ | ~~2~~ | ~~03-6436~~ | ~~Robert K. Beiter v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| ~~PAE~~ | ~~2~~ | ~~03-6441~~ | ~~Stanley D. Bernstein Profit Keough for the Benefit of Stanley Bernstein v.~~ |
| | | | ~~Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| ~~PAE~~ | ~~2~~ | ~~03-6509~~ | ~~Anatoly S. Weiser v. PBHG Growth Fund, et al.~~ Opposed 3/19/04 |
| PAE | 2 | 03-6544 | Korshed F. Jungalawala v. Pilgrim Baxter & Associates, Ltd., et al. |
| ~~PAE~~ | ~~2~~ | ~~03-6570~~ | ~~Michael Peroff v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |

**PENNSYLVANIA WESTERN**

| | | | |
|---|---|---|---|
| PAW | 2 | 03-1627 | John Dejean v. Federated Investors, Inc., et al. *04-928* |
| PAW | 2 | 03-1639 | Diane Ruchka v. American Skandia Advisor Funds, Inc., et al. *04-929* |
| PAW | 2 | 03-1659 | Resa H. Jannett, et al. v. American Skandia Advisor Funds, Inc., et al. *04-930* |
| PAW | 2 | 03-1737 | Robert Steinberg, et al. v. American Skandia Advisor Funds, Inc., et al. *04-93* |
| PAW | 2 | 03-1858 | John M. Abraham v. Federated Investors, Inc., et al. *04-932* |
| PAW | 2 | 03-1942 | Michael Feder, etc. v. Federated Investors, Inc., et al. *04-933* |
| PAW | 2 | 03-1965 | Risa B. Schneps v. Federated Investment Management Co. *04-934* |
| PAW | 2 | 03-1971 | Martin J. Michlik v. Federated Investors, Inc., et al. *04-935* |

**TEXAS EASTERN**

| | | | |
|---|---|---|---|
| TXE | 6 | 03-562 | Rex-Hide Industries, Inc., et al. v. National Capital Growth, et al. *04-* |

**WISCONSIN EASTERN**

| | | | |
|---|---|---|---|
| WIE | 2 | 03-951 | Ryan Marshall, etc. v. Richard S. Strong, et al. *04-937* |
| WIE | 2 | 03-953 | John Lang, et al. v. Strong Advisor Common Stock Fund, et al. *04-938* |
| WIE | 2 | 03-960 | Terry Mintz, etc. v. Richard S. Strong, et al. *04-939* |
| WIE | 2 | 03-961 | Heather Blum, etc. v. Richard S. Strong, et al. *04-940* |
| WIE | 2 | 03-963 | Niki Tsetsekos, etc. v. Strong Financial Corp., et al. *04-942* |
| WIE | 2 | 03-969 | Esther Cohen v. Strong Advisor Common Stock Fund, et al. *04-943* |
| ~~WIE~~ | ~~2~~ | ~~03-997~~ | ~~Gerald Kiafter v. Strong Capital Management, Inc., et al.~~ Opposed 3/18/04 |
| WIE | 2 | 03-1003 | Ernest Gottdiener v. Strong Advisor Common Stock Fund, et al. *04-944* |
| WIE | 2 | 03-1012 | Mary Ellen Ryan, etc. v. Strong Capital Management, Inc., et al. *04-945* |
| WIE | 2 | 03-1027 | Carol Patterson, etc. v. Strong Financial Corp., et al. *04-946* |
| WIE | 2 | 03-1035 | Luis O. Araneda v. Strong Advisor Common Stock Fund, et al. *04-947* |
| WIE | 2 | 03-1038 | Peter J. Kugl, etc. v. Strong Capital Management, Inc., et al. *04-948* |
| WIE | 2 | 03-1067 | Brian Flynn v. Strong Capital Management, Inc., et al. *04-949* |
| WIE | 2 | 03-1073 | Ori Ashman v. Strong Advisor Common Stock Fund, et al. *04-950* |
| WIE | 2 | 03-1074 | Michael J. Hossack v. Strong Advisor Common Stock Fund, et al. *04-951* |
| WIE | 2 | 03-1075 | Charles Hutton v. Strong Capital Management, Inc., et al. *04-952* |
| ~~WIE~~ | ~~2~~ | ~~03-1407~~ | ~~James L. DaPore v. Strong Financial Corp., et al.~~ Opposed 3/19/04 |

**WISCONSIN WESTERN**

| | | | |
|---|---|---|---|
| WIW | 3 | 03-524 | Donald Schneider v. Strong Financial Corp., et al *04-953* |
| WIW | 2 | 03-1426 | Donald Schneider v. Strong Financial Corp., et al. *04-954* |



A CERTIFIED TRUE COPY

APR 2 1 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL
MULTIDISTRICT LITIG

APR - 5 2004

FILED
CLERK'S OFFICE

44

*DOCKET NO. 1586*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 152 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ____F.Supp.2d____ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 1 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**SCHEDULE CTO-2 - TAG ALONG CASES**
**DOCKET NO. 1586**
**IN RE MUTUAL FUNDS INVESTMENT LITIGATION**

DISTRICT DIV. CIVIL ACTION#

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 04-583 | Leo K.W. Lum v. Franklin Resources, Inc., et al. *04-1271* |
| CAN | 3 | 04-584 | Frederic Ian Fischbein, etc. v. Franklin Age High Income Fund, et al. *04-1272* |
| CAN | 3 | 04-598 | Catherine Dukes v. Franklin Age High Income Fund, et al. *04-1273* |
| CAN | 3 | 04-628 | Ryan Mcalvey, et al. v. Franklin Resources, Inc., et al. *04-1274* |
| CAN | 3 | 04-639 | Stephen Alexander v. Franklin Age High Income Fund, et al. *04-1275* |

**COLORADO**
| | | | |
|---|---|---|---|
| CO | 1 | 04-151 | Jonathan Gallo v. Invesco Funds Group, Inc., et al. *04-1276* |
| CO | 1 | 04-152 | Robert S. Ballagh, Jr. v. Invesco Funds Group, Inc., et al. *04-1277* |
| CO | 1 | 04-281 | Joel Goodman v. Invesco Funds Group, Inc., et al. *04-1278* |
| ~~CO~~ | ~~1~~ | ~~04-360~~ | ~~Carl E. Vonder Haar, et al. v. Invesco Funds Group, Inc., et al.~~ Opposed 4/21/04 |

**DELAWARE**
| | | | |
|---|---|---|---|
| DE | 1 | 04-51 | Sylvia Volin, etc. v. Janus Capital Group, Inc., et al. *04-1279* |

**FLORIDA MIDDLE**
| | | | |
|---|---|---|---|
| FLM | 8 | 04-249 | Gisele Beer v. Franklin Age High Income Fund, et al. *04-1280* |

**KANSAS**
| | | | |
|---|---|---|---|
| KS | 2 | 04-2091 | Julie Parisi, etc. v. Marsh & McLennan Co., et al. *04-1281* |
| KS | 2 | 04-2092 | Julie Parisi, etc. v. Alliance Capital Management Holding, L.P., et al. *04-1282* |

**MASSACHUSETTS**
| | | | |
|---|---|---|---|
| MA | 1 | 04-10169 | Edward L. Segel, et al. v. Putnam Investment Management, Inc., et al. *04-1283* |
| MA | 1 | 04-10219 | Simon Denenberg, etc. v. Putnam Investment Management, Inc., et al. *04-1284* |
| MA | 1 | 04-10405 | Steven B. Ehrlich, etc. v. Columbia Acorn Fund, et al. *04-1285* |

**NEVADA**
| | | | |
|---|---|---|---|
| NV | 2 | 04-146 | Howard Jaffe v. Mutual Beacon Fund, et al. *04-1286* |
| NV | 2 | 04-154 | Jeffrey Bennett v. Daniel G. Calugar, et al. *04-1289* |

**NEW YORK EASTERN**
| | | | |
|---|---|---|---|
| NYE | 1 | 04-409 | Douglas A. Hinton, etc. v. Deutsche Bank AG, et al. *04-1288* FD complaint - Rifkin (89) |
| NYE | 2 | 03-6285 | Simon J. Denenberg v. Alliance Capital Management, LP, et al. *04-1287* |

**NEW YORK SOUTHERN**
| | | | |
|---|---|---|---|
| NYS | 1 | 03-8375 | Eileen Clancy v. Strong Advisor Common Stock, et al. *04-1290* |
| NYS | 1 | 03-8594 | Lori Weinrib v. Strong Financial Corp., et al. *04-1291* |
| NYS | 1 | 03-10305 | John Li, etc. v. John D. Carifa, et al. *04-1292* |
| NYS | 1 | 04-100 | Joan Gassisi v. AllianceBernstein Technology Fund, Inc., et al. *04-1293* |
| NYS | 1 | 04-259 | Jo-Anne R. Scheider v. AllianceBernstein Growth & Income Fund, Inc., et al. *04-1294* |
| NYS | 1 | 04-353 | Frank A. Wood, Jr. v. Marsh & McLennan Companies, Inc., et al. *04-1295* |
| NYS | 1 | 04-481 | John R. Granelli, et al. v. The Charles Schwab Corp., et al. *04-1296* |
| NYS | 1 | 04-492 | Lori Weinrib v. Invesco Funds Group, Inc, et al. *04-1297* |
| NYS | 1 | 04-520 | CA✓ Michael Smith v. Scudder 21st Century Growth Fund, et al. *04-1298* |
| NYS | 1 | 04-578 | Michael Malone v. Scudder 21st Century Growth Fund, et al. *04-1299* |
| NYS | 1 | 04-605 | John Driscoll v. Deutsche Bank AG, et al. *04-1301* |
| NYS | 1 | 04-687 | Mike Atassi v. Scudder 21st Century Growth Fund, et al. *04-1302* |

SCHEDULE OF ACTIONS (CTO-2) - DOCKET NO. 1586                    PAGE 2 OF 2

DISTRICT  DIV. CIVIL ACTION#

| NYS | | 04-713 | Eileen Clancy v. Invesco Advantage Health Sciences Fund, et al. | 04-1303 |
| NYS | | 04-915 | Scott Waldman v. Invesco Funds Group, Inc., et al. | 04-1304 |
| NYS | 1 | 04-943 | Vincent Bommarito v. Marsh & McLennan Companies, Inc., et al. | 04-1305 |
| NYS | 1 | 04-1044 | First Derivative Traders v. Marsh & McLennan Companies, et al. | 04-1306 |
| NYS | | 04-1072 | Joanne Adams v. Putnam American Government Income Fund, et al. | 04-1307 |
| NYS | | 04-1101 | Aaron Walker, et al. v. Scudder 21st Century Growth Fund, et al. | 04-1308 |
| NYS | | 04-1235 | Karen M. McKenna v. Scudder 21st Century Growth Fund, et al. | 04-1309 |
| NYS | | 04-1330 | Hugh Sharkey Ira/Ro v. Franklin Resources, Inc., et al. | 04-1310 |
| NYS | | 04-1331 | Mike Atassi v. Scudder 21st Century Growth Fund, et al. | 04-1312 |
| NYS | | 04-1603 | Alfred Doiron v. Scudder Advisor Funds, et al. | 04-1313 |
| NYS | | 04-1604 | Jimmy Chin v. Scudder 21st Century Growth Fund, et al. | 04-1314 |

VERMONT
| ~~VT~~ | ~~1~~ | ~~04-23~~ | ~~Kaveh S. Shahi, et al. v. Putnam Investments~~ Opposed 4/20/04 |

WISCONSIN EASTERN
| WIE | 2 | 03-1260 | Jeffrey W. Bader, et al. v. Strong Capital Management, Inc., et al. | 04-1315 |
| WIE | 2 | 04-123 | Sarah Ross Trust, etc. v. Strong Financial Corp., et al. | 04-1316 |

# EXHIBIT 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 1586

FEB 2 0 2004

FILED
CLERK'S OFFICE.

## RELEASED FOR PUBLICATION

### DOCKET NOS: 1576, 1577, 1582, 1585, 1586, 1590 & 1591

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1576–IN RE JANUS MUTUAL FUNDS INVESTMENT LITIGATION*

*MDL-1577–IN RE STRONG MUTUAL FUNDS INVESTMENT LITIGATION*

*MDL-1582–IN RE BANK ONE MUTUAL FUNDS INVESTMENT LITIGATION*



*MDL-1585–IN RE BANK OF AMERICA MUTUAL FUNDS INVESTMENT LITIGATION*

*MDL-1586–IN RE MUTUAL FUNDS INVESTMENT LITIGATION*

*MDL-1590–IN RE PUTNAM MUTUAL FUNDS INVESTMENT LITIGATION*

*MDL-1591–IN RE ALLIANCE CAPITAL MUTUAL FUNDS INVESTMENT LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, D. LOWELL JENSEN, J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL·*

### ORDER

---

\* Three members of the Panel would be disqualified in this matter due to shareholdings in one or more of the interested parties, and one Panel seat was vacant at the time the matter was considered. The Panel therefore invoked the "rule of necessity" and all members participated in the decision in order to provide the forum created by the governing statute, 28 U.S.C. § 1407. *See In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation*, 170 F.Supp.2d 1356, 1357-58 (J.P.M.L. 2001).

IMAGED FEB 20 '04          OFFICIAL FILE COPY

- 2 -

Before the Panel are seven dockets involving market timing/late trading allegations primarily against six different families of mutual funds.[1]  In six dockets – MDL-1576 (Janus), MDL-1577 (Strong), MDL-1582 (Bank One), MDL-1585 (Bank of America), MDL-1590 (Putnam) and MDL-1591 (Alliance) – various plaintiff and/or defendant movants in each docket[2] seek centralization of the actions now before the Panel[3] and later-filed related actions under 28 U.S.C. § 1407 on a fund-by-fund basis – usually in the federal district in which the mutual fund family is headquartered or has significant contacts.  In the remaining docket – MDL-1586 – the Canary parties[4] seek centralization of all market timing/late trading mutual fund actions and later-filed related actions[5] in one multidistrict docket.

All responding parties in actions now before the Panel support coordinated or consolidated Section 1407 proceedings on either a fund-by-fund basis or as one multidistrict docket.  Some movants and/or various responding parties suggest selection of the Southern District of New York or the District of New Jersey as transferee district for several of these dockets.  If the Panel deems centralization on a fund-by-fund basis to be appropriate, other suggested transferee districts include the following: District of Colorado (MDL-1576);  Eastern or Western Districts of Wisconsin (MDL-1577); Northern District of Illinois or Southern District of Ohio (MDL-1582);  Central District of California or Western

---

[1] At the hearing session in these seven dockets, the Panel heard combined oral argument.  Accordingly, the overlapping issues raised in these dockets are addressed in this one order.

[2] Movants in these six dockets are as follows: MDL-1576 involves two separate motions – one by plaintiff in one Colorado action and the other by Janus Capital Group, Inc., and Janus Capital Management LLC; the MDL-1577 motion is brought by plaintiff in one Wisconsin action; the MDL-1582 motion is brought by Bank One Corporation and Banc One; the MDL-1585 motion is brought by plaintiffs in one California action; the MDL-1590 motion is brought by Putnam Investments Trust, Putnam Investment Management, LLC, Putnam Investment Funds, Marsh & McLennan Companies, Inc., particular Putnam mutual funds and various individual trustees, directors and employees; and the MDL-1591 motion is brought by Alliance Capital Management L.P., Alliance Capital Management Holding L.P. and Alliance Capital Management Corp.

[3] One action on the MDL-1590 motion – Carl Kircher, et al. v. Putnam Funds Trust, et al., S.D. Illinois, C.A. No. 3:03-691 – was remanded to Illinois state court on January 27, 2004.  Accordingly, the question of inclusion of this action in Section 1407 pretrial proceedings is moot.

[4] Canary Capital Partners, LLC; Canary Capital Partners, Ltd.; Canary Investment Management, LLC; and one affiliated individual.

[5] Thirty-five actions which were not included in the MDL-1586 motion, but were included in the motions in MDLs 1585, 1590 or 1591, are now included in this transfer order.  All parties to these actions had notice of the proceedings before the Panel relating to Section 1407 transfer of their actions for coordinated or consolidated pretrial proceedings and had an opportunity to state their respective positions in writing and at the Panel's January 29, 2004 hearing session regarding the matters now before the Panel.

The Panel has been notified that more than 170 potentially related actions have been filed in these seven dockets.  These actions and any other related actions will be treated as potential tag-along actions in MDL-1586.  See Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 3 -

District of North Carolina (MDL-1585); District of Massachusetts or District of Connecticut (MDL-1590); and Eastern District of New York (MDL-1591).

On the basis of the papers filed and hearing session held, the Panel finds that all actions in these seven dockets involve common questions of fact concerning allegations of market timing and/or late trading in the mutual fund industry. Whether the actions be brought by securities holders seeking relief under the federal securities laws or shareholders suing derivatively on behalf of the involved mutual funds, all actions can be expected to focus on similar mutual fund trading practices and procedures with some common defendants and/or witnesses. Section 1407 centralization of all the actions as one multidistrict docket (MDL-1586) in the District of Maryland will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Congregating these mutual fund market timing/late trading actions there is necessary in order to avoid duplication of discovery, prevent inconsistent or repetitive pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. Resolution of overlapping issues, concerning similar conduct in the mutual fund industry, will be streamlined. *See In re Managed Care Litigation*, 2000 U.S. Dist. LEXIS 15927 (J.P.M.L. Oct. 23, 2000).

Opponents of Section 1407 centralization of all actions in one multidistrict litigation argue that the presence of unique questions of fact relating to each mutual fund family should produce a different result. These parties urge us, instead, to centralize related actions/claims on a fund-by-fund basis. We are unpersuaded by these arguments. Indeed, we point out that transfer to a single district under Section 1407 has the salutary effect of placing all mutual fund market timing/late trading actions before one court which can formulate a pretrial program that: 1) allows pretrial proceedings with respect to any non-common issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. We note that the MDL-1586 transferee court can employ any number of pretrial techniques – such as establishing separate discovery and/or motion tracks for each mutual fund family and/or separate tracks for the different types of actions involved – to efficiently manage this litigation. In any event, we leave the extent and manner of coordination or consolidation of these securities and derivative claims as well as related claims arising under any other federal and/or state laws to the discretion of the transferee court. *In re Equity Funding Corp. of America Securities Litigation*, 375 F.Supp. 1378, 1384-85 (J.P.M.L. 1974).

Given the geographic dispersal of constituent actions and potential tag-along actions, no district stands out as the geographic focal point for this nationwide litigation. Thus we have searched for a transferee district with the capacity and experience to steer this litigation on a prudent course. In addition, this litigation encompasses complex claims against multiple mutual funds by a vast number of plaintiffs/putative class members which could potentially i) present various disqualification issues and/or ii) consume much attention from one transferee judge. Accordingly, the Panel has decided to

- 4 -

entrust this litigation to multiple transferee judges,[6] sitting individually and/or jointly in their own discretion, in the District of Maryland.

IT IS THEREFORE ORDERED that the motions for centralization of actions/claims on a fund-by-fund basis in MDL-1576 (Schedule A), MDL-1577 (Schedule B), MDL-1582 (Schedule C), MDL-1585 (Schedule D), MDL-1590 (Schedule E) and MDL-1591(Schedule F) are denied.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions on the attached Schedule G are transferred to the District of Maryland and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr. (sitting in the District of Maryland pursuant to an intracircuit assignment under 28 U.S.C. § 292) for coordinated or consolidated pretrial proceedings in MDL-1586.[7] Each transferee judge shall have jurisdiction over the coordinated or consolidated pretrial proceedings in this litigation and each judge may act individually and/or jointly with respect to these proceedings as they may decide among themselves.[8]

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

---

[6] 28 U.S.C. § 1407(b); *In re In re Air Crash Disaster Near Chicago, Illinois, on May 25, 1979*, 476 F.Supp. 445 (J.P.M.L 1979); *In re Sugar Industry Antitrust Litigation*, MDL-201A (J.P.M.L. May 5, 1978) (unpublished order).

[7] Judge Stamp's designation as a transferee judge is subject only to the approval of the Honorable Irene M. Keeley, Chief Judge of the Northern District of West Virginia, who presently is out of the country. The Honorable Catherine C. Blake has also agreed to work with these three MDL-1586 transferee judges in organizing this docket and to serve as the first additional transferee judge if the exigencies of this docket so require and her schedule so permits.

[8] Panel Rule 1.6(a), R.P.J.P.M.L., 199 F.R.D. at 428, requires clerks of transferor district courts to forward to the clerk of the transferee district court the complete original file and docket sheet for each transferred action. Because of the voluminous files in this docket, the MDL-1586 transferee judges have requested that the Panel partially suspend this rule in MDL-1586 and require the transferor district court clerks to forward only the docket sheet for each transferred action to the clerk of the District of Maryland. Accordingly, Panel Rule 1.6(a) is partially suspended in MDL-1586 for these actions and any subsequently transferred related actions. *In re Asbestos Products Liability Litigation (No. VI)*, 771 F.Supp. 415, 424 (J.P.M.L. 1991). Panel Rule 1.6(a) will thus remain in effect for the transmittal of docket sheets, while we will rely on the judgment of the transferee judges to request from the transferor district clerks or the parties whatever case files any of them needs.

# SCHEDULE A

MDL-1576 -- In re Janus Mutual Funds Investment Litigation

### District of Colorado

*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1798
*Ronald Abrams, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1817
*John G. Hill, Jr. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1847
*Leona A. Marini, etc. v. Janus Investment Fund, et al.*, C.A. No. 1:03-1857
*Priya Vadehera v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1871
*Tara Goldstein v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1884
*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1909

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221
*Arthur Sylvester v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-4261
*Rhonda Vladimir v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4273
*May Etsen, et al. v. Janus Fund, et al.*, C.A. No. 2:03-4369
*Robert Corwin v. Thomas H. Bailey, et al.*, C.A. No. 2:03-4384
*Herbert Morris, etc. v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4453

### Southern District of New York

*Carol Pestone v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6760
*Brian Wormley, et al. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6790
*Selma Stone, et al. v. Janus Fund, et al.*, C.A. No. 1:03-6914
*James Schultz v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7123
*Roger L. Bailey v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7125
*Elsie Haig, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7218
*Jack Yarbrough, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7333
*Nechama Tepfer v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-7337

### Eastern District of Pennsylvania

*Gloria Steinberg, et al. v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-5048
*Tom Kidwell, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5242
*George P. Tsetsekos, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5354

## SCHEDULE B

MDL-1577 -- In re Strong Mutual Funds Investment Litigation

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221

### Southern District of New York

*Selma Stone v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-6916

### Eastern District of Wisconsin

*Gregory D. Coleman, etc. v. Strong Financial Corp., et al.*, C.A. No. 2:03-862
*James Blevins v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-868
*Thomas R. Jones v. Strong Financial Corp., et al.*, C.A. No. 2:03-884
*Holly Painter v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-895
*Steve LeFavour, etc. v. Strong Financial Corp., et al.*, C.A. No. 2:03-897

## SCHEDULE C

<u>MDL-1582 -- In re Bank One Mutual Funds Investment Litigation</u>

<u>Northern District of Illinois</u>

*William Pelak v. Bank One Corp., et al.*, C.A. No. 1:03-6591

<u>District of New Jersey</u>

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221
*Andy Yijun Huang, et al. v. One Group Technology Fund, et al.*, C.A. No. 2:03-4514

<u>Southern District of New York</u>

*Allan Dworkin v. One Group Technology Fund, et al.*, C.A. No. 1:03-6915
*Charles Tischler v. Bank One Corp., et al.*, C.A. No. 1:03-6970
*Amy Bloomfield v. Mark A. Beeson, et al.*, C.A. No. 1:03-6975

<u>Southern District of Ohio</u>

*David Brett v. Bank One Corp., et al.*, C.A. No. 2:03-818

**SCHEDULE D**

MDL-1585 -- In re Bank of America Mutual Funds Investment Litigation

#### Central District of California

*Leann Lin v. Bank of America Corp., et al.*, C.A. No. 2:03-6330
*Kathleen A. Sussman, et al. v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-6957
*Jean Marie Maggi, et al. v. Bank of America Corp., et al.*, C.A. No. 2:03-7249

#### District of New Jersey

*John Golisano v. Bank of America Corp., et al.*, C.A. No. 2:03-4230
*Roderick Rohrer v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-4496

#### Southern District of New York

*Samuel T. Cohen v. Nations Capital Growth Fund, et al.*, C.A. No. 1:03-6847

## SCHEDULE E

<u>MDL-1590 -- In re Putnam Mutual Funds Investment Litigation</u>

### <u>Northern District of California</u>

*Jacqueline Burton, et al. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 3:03-4973

### <u>District of Delaware</u>

*Zachary Alan Starr, etc. v Putnam Investment Management, Inc., et al.*, C.A. No. 1:03-1023

### <u>District of Massachusetts</u>

*Diane Saunders v. Putnam American Government Income Fund*, C.A. No. 1:03-12086
*Sally A. Bulawsky, et al. v. Marsh & McLennan Companies, Inc., et al.*,
  C.A. No. 1:03-12094
*Samuel M. Troutman, et al. v. Putnam American Government Income Fund, et al.*,
  C.A. No. 1:03-12116
*Lawrence E. Jaffe, etc. v. Putnam American Government Income Fund, et al.*,
  C.A. No. 1:03-12162
*Miranda Zuber, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12175
*Sara Gurno, et al. v. Putnam American Government Income Fund, et al.*,
  C.A. No. 1:03-12196
*Ann Schneps Dubin, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12209
*Rochelle Meyer, etc. v. Putnam International Voyager Fund, et al.*, C.A. No. 1:03-12214

### <u>Southern District of New York</u>

*Shelia Schulman, et al. v. Putnam American Government Income Fund, et al.*,
  C.A. No. 1:03-8323
*Dawn Maniskas v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8368
*Salvatore Piliere v. Putnam Global Income Trust, et al.*, C.A. No. 1:03-8407
*Paul Angotta, et al. v. Putnam American Government Income Fund, et al.*,
  C.A. No. 1:03-8651
*Kristin Garfield v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8683
*Ingeborg Engeler v. Putnam Investments Trust, et al.*, C.A. No. 1:03-8720

# SCHEDULE F

MDL-1591 -- In re Alliance Capital Mutual Funds Investment Litigation

### District of New Jersey

*Milton Pfeiffer v. Alliance Capital Management, L.P.*, C.A. No. 2:03-4724
*Roger Jee v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-4895
*Marvin Goldfarb v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 2:03-4962

### Eastern District of New York

*Felicia Bernstein v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-5087
*Robert K. Finnell v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-5345

### Southern District of New York

*Nada Hindo, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-7765
*George W. Bookhout, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-7955
*Charles Healy v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8008
*Richard J. Abt v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8202
*Tracy Silverman v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8274
*Marlene Seybold v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8278
*Martine Stansbery, Jr. v. AXA Financial, Inc.*, C.A. No. 1:03-8282
*Michael Bernstein, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-8350
*Regina Kopelowitz v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8372
*Robin Fernhoff, et al. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8402
*Timothy J. Plank v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8466
*Israel Grafstein v. AXA Financial, Inc., et al.*, C.A. No. 1:03-8685
*Gary Frost v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8722
*Lori Weinrib v. AllianceBernstein Growth & Income Fund, Inc., et al.*, C.A. No. 1:03-8915
*Blanchard D. Smith, Jr. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8981

## SCHEDULE G

<u>MDL-1586 -- In re Mutual Funds Investment Litigation</u>

### Northern District of California

*Jacqueline Burton, et al. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 3:03-4973

### Central District of California

*Leann Lin v. Bank of America Corp., et al.*, C.A. No. 2:03-6330
*Kathleen A. Sussman, et al. v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-6957
*Jean Marie Maggi, et al. v. Bank of America Corp., et al.*, C.A. No. 2:03-7249

### District of Colorado

*Vivian Bernstein, et al. v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1798
*Ronald Abrams, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1817
*John G. Hill, Jr. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1847
*Leona A. Marini, etc. v. Janus Investment Fund, et al.*, C.A. No. 1:03-1857
*Priya Vadehera v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1871
*Tara Goldstein v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1884
*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1909
*John R. Lang, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1942
*William Silverman v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1965
*Richard Kaufman v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1966

### District of Delaware

*Zachary Alan Starr, etc. v Putnam Investment Management, Inc., et al.*, C.A. No. 1:03-1023

### Northern District of Illinois

*William Pelak v. Bank One Corp., et al.*, C.A. No. 1:03-6591
*Glen Robinson v. One Group International Equity Index Fund, et al.*, C.A. No. 1:03-6986
*Norman Maged v. One Group Technology Fund, et al.*, C.A. No. 1:03-7029

### District of Massachusetts

*Diane Saunders v. Putnam American Government Income Fund*, C.A. No. 1:03-12086
*Sally A. Bulawsky, et al. v. Marsh & McLennan Companies, Inc., et al.*,
  C.A. No. 1:03-12094
*Samuel M. Troutman, et al. v. Putnam American Government Income Fund, et al.*,
  C.A. No. 1:03-12116
*Lawrence E. Jaffe, etc. v. Putnam American Government Income Fund, et al.*,
  C.A. No. 1:03-12162
*Miranda Zuber, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12175

## SCHEDULE G (page 2)

<u>District of Massachusetts</u> (continued)

*Sara Gurno, et al. v. Putnam American Government Income Fund, et al.,*
   C.A. No. 1:03-12196
*Ann Schneps Dubin, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12209
*Rochelle Meyer, etc. v. Putnam International Voyager Fund, et al.*, C.A. No. 1:03-12214

### <u>District of New Jersey</u>

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221
*John Golisano v. Bank of America Corp., et al.,* C.A. No. 2:03-4230
*Arthur Sylvester v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-4261
*Rhonda Vladimir v. Janus Capital Management LLC, et al.*, C.A. No. 2:03-4273
*May Etsen, et al. v. Janus Fund, et al.*, C.A. No. 2:03-4369
*Robert Corwin v. Thomas H. Bailey, et al.*, C.A. No. 2:03-4384
*Robert K. Finnell, etc. v. Bank of America Corp., et al.*, C.A. No. 2:03-4446
*Herbert Morris v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4453
*Roderick Rohrer v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-4496
*Andy Yijun Huang, et al. v. One Group Technology Fund, et al.*, C.A. No. 2:03-4514
*Milton Pfeiffer v. Alliance Capital Management, L.P.*, C.A. No. 2:03-4724
*Robert Garfield, et al. v. Banc of America Capital Management, LLC, et al.*,
   C.A. No. 2:03-4855
*Roger Jee v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-4895
*Marvin Goldfarb v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 2:03-4962

### <u>Eastern District of New York</u>

*Felicia Bernstein, etc. v. Alliance Capital Management Holding, LP, et al.*,
   C.A. No. 2:03-5087
*Robert K. Finnell v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-5345

### <u>Southern District of New York</u>

*Carol Pestone v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6760
*Brian Wormley, et al. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6790
*Samuel T. Cohen v. National Capital Growth Fund, et al.*, C.A. No. 1:03-6847
*Selma Stone, et al. v. Janus Fund, et al.*, C.A. No. 1:03-6914
*Allan Dworkin v. One Group Technology Fund, et al.*, C.A. No. 1:03-6915
*Selma Stone v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-6916
*Tom Torelli v. Strong Financial Corp., et al.*, C.A. No. 1:03-6969
*Charles Tischler v. Bank One Corp., et al.*, C.A. No. 1:03-6970
*Amy Bloomfield v. Mark A. Beeson, et al.*, C.A. No. 1:03-6975
*James Schultz v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7123
*Roger L. Bailey v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7125

## SCHEDULE G (page 3)

### <u>Southern District of New York</u> (continued)

*Elsie Haig, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7218
*David Kuperschmid v. Strong Capital Management, Inc., et al.*, C.A. No. 1:03-7287
*Jack Yarbrough, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7333
*Nechama Tepfer v. Janus Capital Group, Inc.*, C.A. No. 1:03-7337
*Lori Reinhardt v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-7438
*Wathena Ann Forsee v. Janus Fund, et al.*, C.A. No. 1:03-7654
*James M. Archinaco v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-7745
*Nada Hindo, et al. v. AllianceBernstein Growth & Income Fund*, C.A. No. 1:03-7765
*John Armentano v. Janus Fund, et al.*, C.A. No. 1:03-7766
*Isidore Zimmerman v. Thomas H. Bailey*, C.A. No. 1:03-7910
*George W. Bookhout, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-7955
*Charles Healy v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8008
*Richard J. Abt v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8202
*Tracy Silverman v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8274
*Marlene Seybold v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8278
*Martine Stansbery, Jr. v. AXA Financial, Inc.*, C.A. No. 1:03-8282
*Shelia Schulman, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-8323
*Michael Bernstein, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-8350
*Dawn Maniskas v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8368
*Regina Kopelowitz v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8372
*Robin Fernhoff, et al. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8402
*Salvatore Piliere v. Putnam Global Income Trust, et al.*, C.A. No. 1:03-8407
*Timothy J. Plank v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8466
*Paul Angotta, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-8651
*Kristin Garfield v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8683
*Israel Grafstein v. AXA Financial, Inc., et al.*, C.A. No. 1:03-8685
*Ingeborg Engeler v. Putnam Investments Trust, et al.*, C.A. No. 1:03-8720
*Gary Frost v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8722
*Lori Weinrib v. AllianceBernstein Growth & Income Fund, Inc., et al.*, C.A. No. 1:03-8915
*Blanchard D. Smith, Jr. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8981

### <u>Southern District of Ohio</u>

*David Brett v. Bank One Corp., et al.*, C.A. No. 2:03-818
*Pamela Dunlap v. One Group Technology Fund, et al.*, C.A. No. 2:03-916

## SCHEDULE G (page 4)

<u>Eastern District of Pennsylvania</u>

*Gloria Steinberg, et al. v. Janus Capital Management, LLC, et al.,*
  C.A. No. 2:03-5048
*Tom Kidwell, etc. v. Janus Capital Group, Inc., et al.,* C.A. No. 2:03-5242
*George P. Tsetsekos, etc. v. Janus Capital Group, Inc., et al.,* C.A. No. 2:03-5354

<u>Eastern District of Wisconsin</u>

*Gregory D. Coleman, etc. v. Strong Financial Corp., et al.,* C.A. No. 2:03-862
*James Blevins v. Strong Capital Management, Inc., et al.,* C.A. No. 2:03-868
*Jenell Marie Halvorson v. Strong Advisor Common Stock Fund, et al.,* C.A. No. 2:03-872
*Thomas R. Jones v. Strong Financial Corp., et al.,* C.A. No. 2:03-884
*Holly Painter v. Strong Capital Management, Inc., et al.,* C.A. No. 2:03-895
*Congregation Ohel Torah v. Strong Capital Management, Inc., et al.,* C.A. No. 2:03-896
*Steve LeFavour, etc. v. Strong Financial Corp., Inc., et al.,* C.A. No. 2:03-897
*Jackson T. Ferris, et al. v. Strong Capital Management, Inc., et al.,* C.A. No. 2:03-998

# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12474-RGS

MARK E. FEINERSTEIN, ET AL

v.

MARSH & MCLENNAN COMPANIES, INC., ET AL

ORDER ON MOTION TO STAY PROCEEDINGS

March 3, 2004

STEARNS, D.J.

Defendants' request that the proceedings in the above-captioned case be stayed

pending a ruling by the Judicial Panel on Multidistrict Litigation is ALLOWED.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE

ORIGINAL

Priority
Send
Enter        ☒
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



DOCKETED ON CM
MAR 2 3 2004      006
BY

FILED
CLERK US DISTRICT COURT

MAR 2 2 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# United States District Court
# Central District of California
# Western Division

MIKE SAYEGH,

    Plaintiff,

    v.

JANUS CAPITAL CORPORATION, *et al.*,

    Defendants.

CV 03-08736 TJH (VBKx)

### Order

    The Court has considered Defendants motions to stay pending a decision regarding transfer, together with the moving and opposing papers

    It is Ordered that the motion be, and hereby is, Granted.

Date:  March 22, 2004

Terry J. Hatter, Jr.
United States District Judge

75

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WARREN SHERMAN, Derivatively  :
on behalf of ONE GROUP'S
DIVERSIFIED INTERNATIONAL   :  Case No. 2:03-cv-1037
FUND,
              :  Judge Holschuh
    Plaintiff,
              :  Magistrate Judge Kemp
  v.
              :
PETER C. MARSHALL, et al.,
              :
    Defendants.

### ORDER

This matter is currently before the Court on three pending motions: (1) the Bank One

Defendants' motion to stay proceedings in the above-captioned case pending a decision by the

Judicial Panel on Multidistrict Litigation; (2) Plaintiff's motion to remand; and (3) the Bank One

Defendants' motion for oral argument on Plaintiff's motion to remand.

The Judicial Panel on Multidistrict Litigation is scheduled to hear oral argument on January

29, 2004, concerning the Bank One Defendants' request to transfer to the United States District

Court for the Southern District of New York, and consolidate for pre-trial purposes, more than 130

lawsuits involving similar allegations of mutual fund fraud. At least six of those suits, including the

above-captioned action, have been filed in the Southern District of Ohio. The Bank One Defendants

have requested that this Court stay the above-captioned action pending a decision by the Judicial

Panel on Multidistrict Litigation. They note that Plaintiff in this case raises allegations that are

nearly identical to those raised in twenty-two other cases filed against Bank One Defendants. Of

those twenty-two cases, five were removed from state court to federal court and raise similar

jurisdictional questions. The Bank One Defendants seek to avoid litigating the same issues in

multiple forums. They contend that, in the interest of judicial economy, and to avoid inconsistent results, this Court should issue the requested stay and, assuming that the mutual fund cases are consolidated for pretrial purposes, allow the transferee judge to rule on the motions to remand.

Plaintiff, however, claims that this action was improperly removed from state court and should be remanded immediately because this Court lacks subject matter jurisdiction. There is no complete diversity of citizenship and, although Plaintiff's Complaint refers generally to various federal regulations governing mutual funds, he has asserted only state law claims, including breach of fiduciary duty, abuse of control, gross mismanagement, waste of corporate assets, and unjust enrichment. Defendants contend that removal was nevertheless proper because these claims raise novel and substantial issues of federal law, and their resolution will require interpretation of the duties created by numerous federal regulations. Defendants have requested oral argument concerning Plaintiff's motion to remand.

The parties agree that this Court has broad discretion to either stay the proceedings or to rule on the pending motion to remand. MDL Panel Rule 1.5 states, "[t]he pendency of a motion . . . before the Panel concerning transfer . . . does not affect . . . pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court." Nevertheless, "it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel because of the judicial resources that are conserved." Rivers v. The Walt Disney Co., 980 F. Supp. 1358, 1362 (C.D. Cal. 1997).

In this Court's view, it is in the interest of judicial economy to stay the proceedings in this case until the Judicial Panel on Multidistrict Litigation meets later this month to decide whether the mutual fund cases should be consolidated for pretrial purposes. A similar stay has already been

2

issued in <u>Huang v. Marshall</u>, Case No. 2:03-cv-1038, a related case pending before Judge George C. Smith.[1] This litigation is in its very early stages and it does not appear that Plaintiff will suffer any substantial prejudice if the stay is granted. His motion to remand remains pending and, depending on the outcome of the hearing before the Judicial Panel on Multidistrict Litigation, will be ruled upon by either the undersigned judge or the transferee judge. On the other hand, if the stay is not granted, there is a great risk that the Bank One Defendants will be burdened with duplicative discovery requests and be subject to inconsistent rulings in multiple forums.

For the reasons set forth above, Defendants' motion to stay (Record at 6) is **GRANTED**. Accordingly, all proceedings in the above-captioned action are **STAYED** until the Judicial Panel for Multidistrict Litigation advises the parties and this Court of its decision concerning the request to consolidate all of the mutual fund cases for pretrial purposes. The Court makes no determination at this time concerning the merits of Plaintiff's motion to remand (Record at 10) or Defendants' request for oral argument on Plaintiff's motion to remand (Record at 24).

IT IS SO ORDERED.

Date: January 14, 2004

/s/ **John D. Holschuh**
John D. Holschuh, Judge
United States District Court

---

[1] A motion for reconsideration remains pending in <u>Huang</u>.

3