UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------------X
ADAM PRESS,

                        Plaintiff,

   v.

PUTNAM INVESTMENT FUNDS, et al.

                        Defendants.

C.A. No. 05-CV-10923 (NG)
----------------------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS**

     Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 225 Franklin Street, 16th Floor
> Boston, MA 02110
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: August 2, 2006                                    Respectfully submitted,

                                                            /s/ David Pastor
                                                             David Pastor (BBO # 391000)
                                                             GILMAN AND PASTOR, LLP
                                                             225 Franklin Street, 16th Floor
                                                             Boston, MA 02110
                                                            Telephone: (617) 742-9700
                                                            Facsimile: (617) 742-9701

                                                            Attorney for Plaintiffs

00004868.WPD ; 2